UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Joyce C. Denham and Peter V. Lundstrom,
Husband and wife, and the Coracle Foundation,
a Minnesota non-profit corporation,

Civil No: 01-2050 JMR/FLN

Plaintiffs,

v.

**PROPOSED ORDER FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE**

Norwest Bank Minnesota, National Association,
Norwest Investment Services, Inc.,
Wells Fargo Bank Minnesota,
National Association,
Wells Fargo Brokerage Services, L.L.C.,

Defendants.

---

The Court, having considered the Parties' Stipulated Request for an Extension of the Dispositive Motion Deadline in this matter hereby ORDERS that the deadline for filing and scheduling dispositive motions is extended from December 1, 2002 to December 30, 2002.

DATED: November 26, 2002

Magistrate Judge of the District Court

NOV 2 7 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

** TOTAL PAGE.04 **