UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2050 (JMR/FLN)

Joyce Denham, et al )
)
v. ) 01-CV-2050 (JMR/FLN)
)
Norwest Bank Minnesota, N.A., et al)

This matter came before the Court on plaintiff's motion for partial summary judgment (Doc.#12).

The motion is hereby referred to the Honorable Franklin L. Noel, United States Magistrate Judge, for report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B) and D.Minn.L.R. 72.1(c).

IT IS SO ORDERED.

Dated: December 26th, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED DEC 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________