**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

# TRIAL CALENDAR

**---------------------------------------------------**

**#1Cv.#02-950**
**Heartland Corn Products**

**v.**

**Paul Mueller Company**

**-----------------------------------------------------**

**COUNSEL FOR PLAINTIFF:**
Christopher Lynch
David Allgeyer
Laurance Waldoch
612-371-3211

**COUNSEL FOR DEFENDANT:**
Gary Cunningham
417-882-9600

William Bradt
651-482-8900

---

**---------------------------------------------------**

**#2Cv.#01-1057**
**Sunrise International Leasing Corporation**

**v.**

**Sun Microsystems Incorporated**

**-----------------------------------------------------**

**COUNSEL FOR PLAINTIFF:**
Bray Dohrwardt
Christine Nessa

**COUNSEL FOR DEFENDANT:**
Anh Le
612-333-2111

David Potter
612-607-7000

Christopher King
Marc Whitehead
312-876-8000

Jeffrey Keyes
612-977-8400

---

**-----------------------------------------------------**

**#3 Cv.#01-2050**

**Joyce Denham, et al.**

**v.**

**Norwest Investment Services, Inc., et al.**

**-----------------------------------------------------**

**COUNSEL FOR PLAINTIFF:**
James Kaster
Jennifer Kitchak
612-338-1919

**COUNSEL FOR DEFENDANT:**
Chad Snyder
Lawrence Hofmann
612-339-2020

---

**-----------------------------------------------------**

**#4 Cv.#02-1691**

**James Williams, Sr.**

**v.**

**John Potter, Postmaster General**

**-----------------------------------------------------**

**COUNSEL FOR PLAINTIFF:**
Stephen Fiebiger
952-746-5171

**COUNSEL FOR DEFENDANT**
Mary Jo Madigan
612-664-5600

The above-caption cases are set for a ***jury trial***, date certain, before the Chief Judge James

M. Rosenbaum, United States District Court, Minneapolis, Minnesota on:

**Monday, April 5, 2005 @ 0900 a.m.**

Please submit any remaining pretrial materials to the Court by Monday, March 29, 2004. Please be advised that new courtroom technology has been installed in our courtroom as of June 2001. If you need assistance with respect to the technology available in Judge Rosenabum's Courtroom or the operation of the various equipment, please call.

Sincerely,

February 21, 2004

S/Larry Lewis
Larry Lewis
Calendar Clerk to Chief Judge
James M. Rosenbaum

---

# NOTICE

****All future correspondence including jury instructions/verdict form/voir dire/witness&exhibit lists etc. should be routed thru the following e-mail address:**

**rosenbaum_chambers@mnd.uscourts.gov.**

**This is not the same as filing on CM/ECF**