**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

# TRIAL CALENDAR

**--------------------------------------------------**

**#1 Cv.#01-2050**

**Joyce Denham, et al.**

**v.**

**Norwest Investment Services, Inc., et al.**

**-----------------------------------------------------**

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| James Kaster | Chad Snyder |
| Jennifer Kitchak | Lawrence Hofmann |
| 612-338-1919 | 612-339-2020 |

The above-caption cases are set for a ***jury trial***, date certain, before the Chief Judge James M. Rosenbaum, United States District Court, Minneapolis, Minnesota on:

**Thursday, May 6, 2004 @ 0900 a.m.**

Please submit any remaining pretrial materials to the Court by Monday, April 26, 2004. Please be advised that new courtroom technology has been installed in our courtroom as of June 2001. If you need assistance with respect to the technology available in Judge Rosenabum's Courtroom or the operation of the various equipment, please call.

Sincerely,

April 16, 2004

S/Larry Lewis
Larry Lewis
Calendar Clerk to Chief Judge
James M. Rosenbaum

---

# NOTICE

****All future correspondence including jury instructions/verdict form/voir dire/witness&exhibit lists etc. should be routed thru the following e-mail address:**

**rosenbaum_chambers@mnd.uscourts.gov.**

**This is not the same as filing on CM/ECF**

- Listed below the dates and time the Court will be in session.

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| May 2004 | | | | | JURY CALENDAR |
| | | | | 6<br>0930<br>To | 7 |
| 9 | 10<br>0900<br>To | 11<br>0915<br>To | 12<br>0900<br>To | 13 | 14 |