UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2050(JMR/FLN)

Joyce C. Denham and Peter V. Lundstrom, Husband and wife, and the Coracle Foundation, a Minnesota non-profit corporation,

v.

Norwest Bank Minnesota, National Association, Norwest Investment Services, Inc., Wells Fargo Bank Minnesota, National Association, Wells Fargo Brokerage Services, L.L.C.

ORDER

This matter was tried to a jury, which reached a verdict on May 13, 2004. Based on that verdict, IT IS ORDERED that judgment be entered on behalf of the plaintiffs and against defendants in the amount of $175,000.00.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 13, 2004

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge