O AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Joyce C. Denham, et al.

V.

Norwest Bank Minnesota, et al.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-2050 JMR/FLN

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

9 **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment be entered on behalf of the plaintiffs and against defendants in the amount of $175,000.00.

May 13, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Jackie Mehl
(By) Jackie Mehl, Deputy Clerk