(8/98)

**MINUTES OF PROCEEDINGS:** Court Reporter: Dawn Hansen

**FIRST DAY OF JURY TRIAL**

**UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA**
**Judge James M. Rosenbaum**

**CIVIL FILE NO. 01-2050 JMR/FLN Date of Hrg: 5-6-04**

Joyce Denham
Plaintiff(s),

James Kaster, Adam GIllette
Plaintiff(s) Counsel

vs.

Norwest Investment Services Inc., et al.
Defendant(s).

Larry Hofmann
Defendant(s) Counsel

**JURORS**

**1) Amy Corbett**
**2) Carrie Matthias**
**3) Robert Deyoung**
**4) Karl Parkos**
**5) Shawna Hanson**
**6) Sheila Franks**
**7) Jane Goedeke**
**8) Shanon Birr**

(XX) Opening statements made by James Kaster & Larry Hofmann

(XX)PLAINTIFFS WITNESSES Michael Deasey, Joyce Denham

( )

DEFENDANTS WITNESSES

(XX) Additional Motions in limine u/advisement. (Doc.#40, 41,42,39)

S/Larry Lewis
Larry Lewis, Calendar Clerk to
Chief Judge James M. Rosenbaum