(8/98)

**MINUTES OF PROCEEDINGS:** Court Reporter: Dawn Hansen

**FIRST DAY OF JURY TRIAL**

**UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA**
**Judge James M. Rosenbaum**

**CIVIL FILE NO. 01-2050 JMR/FLN Date of Hrg: 5-10-04**

Joyce Denham
Plaintiff(s),

James Kaster, Adam GIllette
Plaintiff(s) Counsel

vs.

Norwest Investment Services Inc., et al.
Defendant(s).

Larry Hofmann
Defendant(s) Counsel

() Opening statements made by________________________________

(XX)WITNESSES Michael Deasey, Joyce Denham, Brian Hellberg, Peter Lundstrom, Cheri Herox

(XX) Additional________________________________

S/Larry Lewis
Larry Lewis, Calendar Clerk to
Chief Judge James M. Rosenbaum