(8/98)

**MINUTES OF PROCEEDINGS:** Court Reporter: Dawn Hansen

**FIRST DAY OF JURY TRIAL**

**UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA**
**Judge James M. Rosenbaum**

**CIVIL FILE NO. 01-2050 JMR/FLN Date of Hrg: 5-11-04**

Joyce Denham
Plaintiff(s),

James Kaster, Adam GIllette
Plaintiff(s) Counsel

vs.

Norwest Investment Services Inc., et al.
Defendant(s).

Larry Hofmann
Defendant(s) Counsel

() Opening statements made by

(XX)WITNESSES Ron McGrane, Dr. David Jones, Peter Pfeffer, Michael Deasey

(XX) Additional Plaintiff & Defendant rests. Charge conference held in chambers.

S/Larry Lewis
Larry Lewis, Calendar Clerk to
Chief Judge James M. Rosenbaum