**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**01-CV-2050 (JMR/FLN)**

Joyce C. Denham and Peter V. Lundstrom, Husband and wife, and the Coracle Foundation, a Minnesota non-profit corporation

v.

Norwest Bank Minnesota, National Association, Norwest Investment Services, Inc., Wells Fargo Bank Minnesota, National Association, Wells Fargo Brokerage Services, L.L.C.

**SPECIAL VERDICT FORM**

**Breach of Contract**

1. Did the Defendants breach their agreement with Plaintiffs?

Yes X     No ____

2. Did the Defendants' breach of the agreement cause harm to Plaintiffs?

Yes ____     No X

3. Did Plaintiffs waive or ratify the transactions Defendants made in their accounts?

Yes X     No ____

**Negligence**

4. Were Defendants negligent in their handling of Plaintiffs' accounts?

Yes X     No ____

5. If you answered "Yes" to Question No. 4, did that negligence cause Plaintiffs to suffer harm?

Yes X     No ____

FILED 5-23-04
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED ____
DEPUTY CLERK'S INITIALS ____

## Negligent Misrepresentation

6. Did Defendants make false statements to Plaintiffs about a material fact relating to Defendants' business with Plaintiffs?

Yes X No ____

7. Did the Defendants fail to exercise reasonable care in determining whether the statements were true or not?

Yes X No ____

8. Did the Plaintiffs justifiably rely on the false statements?

Yes X No ____

9. Did Plaintiffs suffer damages as a result?

Yes ____ No X

## Section 10(b) Claim

10. Did Defendants make any untrue statement of a material fact or omit to state a material fact in connection with the purchase or sale of securities?

Yes ____ No X

11. If you answered "Yes" to Question No. 10, did Defendants know and intend that their actions were fraudulent, or act with disregard as to whether the statements were true or false?

Yes ____ No ____

12. Did Plaintiffs justifiably rely on Defendants' conduct?

Yes ____ No ____

13. Did Plaintiffs suffer damages as a result?

Yes ____ No ____

14. Did Plaintiffs ratify the transactions Defendants made in their accounts?

Yes ____ No ____

**Section 80A.02 Claim**

15. Did Defendants engage in an act, practice, or course of business that operated as a fraud or deceit upon Plaintiffs in connection with the purchase or sale of a security?

Yes _____ No __X__

16. Did Defendants employ a device, scheme, or artifice to defraud Plaintiffs?

Yes _____ No __X__

17. If you answered "Yes" to Question No. 15 or 16, did Defendants know and intend that their actions were fraudulent, or act with disregard as to whether the statements were true or false?

Yes _____ No _____

18. Did Plaintiffs justifiably rely on Defendants' conduct?

Yes _____ No _____

19. Did Plaintiffs suffer damage as a result?

Yes _____ No _____

20. Did Plaintiffs ratify the transactions Defendants made in their accounts?

Yes _____ No _____

**Fiduciary Duty**

21. Did the Defendants breach their fiduciary duty to Plaintiffs?

Yes _____ No __X__

22. If you answered "Yes" to Question No. 21, did the breach cause harm to the Plaintiffs?

Yes __X__ No _____

**Damages**

23. What is the total amount of damages that the Plaintiffs suffered as a result of the Defendants' conduct?

$ 175,000

Dated: May 13, 2004

Sheila Franks

Foreperson