**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Joyce C. Denham and Peter V. Lundstrom, Husband and wife, and the Coracle Foundation, a Minnesota non-profit corporation,

Plaintiffs,

v.

Norwest Bank Minnesota, National Association, Norwest Investment Services, Inc., Wells Fargo Bank Minnesota, National Association, Wells Fargo Brokerage Services, L.L.C.,

Defendants.

Civil No: 01-2050 JMR/FLN

**DEFENDANTS' RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW ON NEGLIGENCE CLAIMS**

---

TO: Plaintiffs and their counsel of record, James H. Kaster, Nichols, Kaster & Anderson, PLLP, 4644 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402.

## NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that pursuant to Rule 50 of the Federal Rules of Civil Procedure, Defendants Norwest Bank Minnesota, Norwest Investment Services, Inc., now known as Wells Fargo Bank Minnesota, and Wells Fargo Brokerage Services, L.L.C. (collectively "Wells Fargo") move the Court for an order entering judgment as a matter of law in Defendants' favor on the Plaintiffs' negligence claims.

This motion is based upon all the files, records and proceedings in this action and the memorandum of law and supporting exhibits filed in accordance with the local rules of the District Court.

SCANNED
MAY 25 2004
U.S. DISTRICT COURT MPLS

Dated: May 24, 2004

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**

Lawrence T. Hofmann
Chad A. Snyder
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Telephone (612) 339-2020
Facsimile (612) 336-9100

**ATTORNEYS FOR DEFENDANTS**



282381v1