**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Joyce C. Denham and Peter V. Lundstrom, Husband and wife, and the Coracle Foundation, a Minnesota non-profit corporation,

Plaintiffs,

v.

Norwest Bank Minnesota, National Association, Norwest Investment Services, Inc., Wells Fargo Bank Minnesota, National Association, Wells Fargo Brokerage Services, L.L.C.,

Defendants.

Civil No: 01-2050 JMR/FLN

**DEFENDANTS' RULE 59 MOTION TO AMEND JUDGMENT BY OFFSETTING PIPER JAFFRAY AWARD**

---

TO: Plaintiffs and their counsel of record, James H. Kaster, Nichols, Kaster & Anderson, PLLP, 4644 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that pursuant to Rule 59 of the Federal Rules of Civil Procedure, Defendants Norwest Bank Minnesota, Norwest Investment Services, Inc., now known as Wells Fargo Bank Minnesota, and Wells Fargo Brokerage Services, L.L.C. (collectively "Wells Fargo") move the Court for an order amending the judgment in this case by reducing the damages award by the $120,000 the Plaintiffs received in their arbitration proceeding against Piper Jaffray.

This motion is based upon all the files, records and proceedings in this action and the memorandum of law and supporting exhibits filed in accordance with the local rules of the District Court.

SCANNED
MAY 2 5 2004
U.S. DISTRICT COURT MPLS

Dated: May 24, 2004

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**

Lawrence T. Hofmann
Chad A. Snyder
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Telephone (612) 339-2020
Facsimile (612) 336-9100

**ATTORNEYS FOR DEFENDANTS**

# ZELLE, HOFMANN, VOELBEL, MASON & GETTE

A LIMITED LIABILITY PARTNERSHIP

BOSTON
DALLAS
LOS ANGELES
MINNEAPOLIS
SAN FRANCISCO
WASHINGTON, D.C.
BEIJING*
SHANGHAI*
*In association with ZY & Partners

500 WASHINGTON AVENUE SOUTH - SUITE 4000
MINNEAPOLIS, MINNESOTA 55415
612-339-2020 TELEPHONE
612-336-9100 FACSIMILE
www.zelle.com

Chad A. Snyder
csnyder@zelle.com
(612) 336-9135


May 24, 2004

RECEIVED
04 MAY 24 PM 4:45
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**VIA MESSENGER**
Clerk of Court
United States District Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

***Re:*** ***Denham, et al. v. Wells Fargo, et al.***
***Civil File No. 01-2050 JMR/FLN***
***Our File Number: 1-543-0002***

Dear Clerk:

Enclosed herein for filing with the Court please find the original and two copies of the following documents in the above matter:

1. Defendants' Rule 59 Motion to Amend Judgment by Offsetting Piper Jaffray Award;
2. Brief in Support of Defendants' Rule 59 Motion to Amend Judgment by Offsetting Piper Jaffray Award;
3. Affidavit of Chad A. Snyder, with Exhibit 1;
4. Proposed Order;
5. Defendants' Rule 50 Motion for Judgment as a Matter of Law on Negligence Claims;
6. Brief in Support of Defendants' Motion for Judgment as a Matter of Law on Plaintiffs' Negligence Claims;
7. Affidavit of Chad A. Snyder, with Exhibit 1; and
8. Proposed Order.

Sincerely,

ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP

Chad A. Snyder

CAS:pgk
Enclosures

ZELLE, HOFMANN, VOELBEL, MASON & GETTE
A LIMITED LIABILITY PARTNERSHIP

BOSTON
DALLAS
LOS ANGELES
MINNEAPOLIS
SAN FRANCISCO
WASHINGTON, D.C.
BEIJING*
SHANGHAI*
*In association with ZY & Partners

500 WASHINGTON AVENUE SOUTH - SUITE 4000
MINNEAPOLIS, MINNESOTA 55415
612-339-2020 TELEPHONE
612-336-9100 FACSIMILE
www.zelle.com

Chad A. Snyder
csnyder@zelle.com
(612) 336-9135

May 24, 2004

**VIA MESSENGER**

James H. Kaster
**NICHOLS KASTER & ANDERSON, PLLP**
80 South Eighth Street
4644 IDS Center
Minneapolis, MN 55402

***Re:*** ***Denham, et al. v. Norwest Bank, et al.***
***File Number: 1-543-0002***

Dear Mr. Kaster:

Enclosed herein and served upon you please find the following documents:

1. Defendants' Rule 59 Motion to Amend Judgment by Offsetting Piper Jaffray Award;
2. Brief in Support of Defendants' Rule 59 Motion to Amend Judgment by Offsetting Piper Jaffray Award;
3. Affidavit of Chad A. Snyder, with Exhibit 1;
4. Proposed Order;
5. Defendants' Rule 50 Motion for Judgment as a Matter of Law on Negligence Claims;
6. Brief in Support of Defendants' Motion for Judgment as a Matter of Law on Plaintiffs' Negligence Claims;
7. Affidavit of Chad A. Snyder, with Exhibit 1; and
8. Proposed Order.

Sincerely,

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**

Chad A. Snyder

CAS/pgk
Enclosures
cc: Clerk of Court