**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Joyce C. Denham and Peter V. Lundstrom,
Husband and wife, and the Coracle Foundation,
a Minnesota non-profit corporation,

Plaintiffs,

v.

Norwest Bank Minnesota, National Association,
Norwest Investment Services, Inc.,
Wells Fargo Bank Minnesota, National
Association, Wells Fargo Brokerage Services,
L.L.C.,

Defendants.

Civil No: 01-2050 JMR/FLN

**AFFIDAVIT OF CHAD A. SNYDER**

---

Chad A. Snyder, being first duly sworn, states and affirms as follows:

1. I am one of the attorneys representing the Defendants in this matter.

2. Attached as Exhibit 1 is a true and correct copy of Defendants' Exhibit 118.

Chad A. Snyder

Subscribed and sworn to before
me this 24th day of May, 2004.

PAULA G. KINDT
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

SCANNED
MAY 25 2004
U.S. DISTRICT COURT MPLS

282468v1

# JOHN E. LINDER, MA, CPA, ABV, AM

**Litigation Support and Business Valuation Services, Manager**
***Larson, Allen, Weishair & Co., LLP***

## CURRENT POSITION

John Linder is currently the manager of business valuations for the firm of Larson, Allen, Weishair & Co., LLP. Larson, Allen, Weishair & Co., LLP, is a CPA and consulting firm consisting of approximately 750 professionals, and has offices throughout the Midwest. He is responsible for reviewing all business valuations that are conducted by the Minneapolis office of the firm. The Minneapolis office is the centralized location of firm's business valuation services. He is also heavily involved in damage calculations and analyses for the firm's litigation services department.

## EXPERIENCE IN SERVING CLIENTS

John has over five years experience in public accounting, specializing in business valuation and litigation support. Prior to becoming involved in financial consulting, he prepared financial statements and assisted in financial audits of owner-managed businesses. In addition, he has taught Economic Value Added (EVA) theory courses to clients and client servers.

## TECHNICAL EXPERIENCE

John is currently a manager in the firm's Litigation Support and Business Valuation practice. Prior to joining Larson Allen, he was a senior consultant at RSM McGladrey, Inc., specializing in business valuation. He has conducted numerous business valuation and litigation support projects, and manages analysts in the conduct of such projects.

## EDUCATION / ACCREDITATION / PROFESSIONAL INVOLVEMENT

John is a 1996 graduate of the Kenan-Flager School of Business, University of North Carolina, Chapel Hill and has a Masters of Accountancy and Finance. He has a BA in Economics from Middlebury College, Middlebury, Vermont, where he graduated Magna Cum Laude. He is a Certified Public Accountant (CPA) with an accreditation in business valuations (ABV), an Accredited Member (AM) of the American Society of Appraisers, a member of the American Institute of Certified Public Accountants and a member of the Minnesota Society of Certified Public Accountants.

**Personal Damage Calculations**

Reasonable Pretax Rate of Return for a Bond Ladder as of 2/28/98 | 6.00% | *

| | | Expected Balance | Withdrawls | Interest Earning Balance | Balance Carryforward |
|---|---|---|---|---|---|
| Original Piper Deposit 2/25/98 | | $2,905,640 | $0 | $0 | $2,905,640 |
| | 2/28/98 | $2,905,640 | $0 | $14,528 | $2,920,168 |
| | 3/31/98 | $2,920,168 | $0 | $14,601 | $2,934,769 |
| | 4/30/98 | $2,934,769 | ($2,000) | $14,664 | $2,947,433 |
| | 5/31/98 | $2,947,433 | ($11,728) | $14,679 | $2,950,383 |
| | 6/30/98 | $2,950,383 | $0 | $14,752 | $2,965,135 |
| | 7/31/98 | $2,965,135 | ($21,287) | $14,719 | $2,958,568 |
| | 8/31/98 | $2,958,568 | $0 | $14,793 | $2,973,360 |
| | 9/30/98 | $2,973,360 | $0 | $14,867 | $2,988,227 |
| | 10/31/98 | $2,988,227 | ($13,000) | $14,876 | $2,990,103 |
| | 11/30/98 | $2,990,103 | ($6,900) | $14,916 | $2,998,119 |
| | 12/31/98 | $2,998,119 | ($514,500) | $12,418 | $2,496,037 |
| | 1/31/99 | $2,496,037 | ($10,000) | $12,430 | $2,498,468 |
| | 2/28/99 | $2,498,468 | $0 | $12,492 | $2,510,960 |
| Federal Taxes | 3/31/99 | $2,510,960 | ($58,452) | $12,263 | $2,464,771 |
| MN Treasury Payments | 4/30/99 | $2,464,771 | ($12,276) | $12,262 | $2,464,757 |
| | 5/31/99 | $2,464,757 | ($9,416) | $12,277 | $2,467,618 |
| | 6/30/99 | $2,467,618 | ($27,332) | $12,201 | $2,452,487 |
| Transfer to Well Fargo | 7/31/99 | $2,452,487 | ($69,523) | $11,915 | $2,394,879 |
| | 8/31/99 | $2,394,879 | $0 | $11,974 | $2,406,853 |
| | 9/30/99 | $2,406,853 | ($16,455) | $11,952 | $2,402,350 |
| | 10/31/99 | $2,402,350 | $0 | $12,012 | $2,414,362 |
| | 11/30/99 | $2,414,362 | ($55,000) | $11,797 | $2,371,159 |
| | 12/31/99 | $2,371,159 | $0 | $11,856 | $2,383,015 |
| | 1/31/00 | $2,383,015 | $0 | $11,915 | $2,394,930 |
| | 2/29/00 | $2,394,930 | $0 | $11,975 | $2,406,904 |
| | 3/31/00 | $2,406,904 | $0 | $12,035 | $2,418,939 |
| | 4/30/00 | $2,418,939 | $0 | $12,095 | $2,431,034 |
| | 5/31/00 | $2,431,034 | $0 | $12,155 | $2,443,189 |
| | 6/30/00 | $2,443,189 | ($46,000) | $11,986 | $2,409,175 |
| | 7/31/00 | $2,409,175 | $0 | $12,046 | $2,421,221 |
| | 8/31/00 | $2,421,221 | $0 | $12,106 | $2,433,327 |
| | 9/30/00 | $2,433,327 | $0 | $12,167 | $2,445,493 |
| | 10/31/00 | $2,445,493 | $0 | $12,227 | $2,457,721 |
| | 11/30/00 | $2,457,721 | $0 | $12,289 | $2,470,009 |
| | 12/31/00 | $2,470,009 | $0 | $12,350 | $2,482,359 |
| | 1/31/01 | $2,482,359 | $0 | $12,412 | $2,494,771 |
| | 2/28/01 | $2,494,771 | ($20,000) | $12,374 | $2,487,145 |
| | 3/31/01 | $2,487,145 | $0 | $12,436 | $2,499,581 |
| | 4/30/01 | $2,499,581 | $0 | $12,498 | $2,512,079 |
| | 5/31/01 | $2,512,079 | ($10,000) | $12,510 | $2,514,589 |
| | 6/30/01 | $2,514,589 | ($10,000) | $12,523 | $2,517,112 |
| | 7/31/01 | $2,517,112 | ($26,762) | $12,452 | $2,502,802 |
| | 8/31/01 | $2,502,802 | ($20,000) | $12,414 | $2,495,216 |

Actual Market Value of Wells Fargo Accts as of 8/31/01 — $1,998,901

Indication of Damage — $515,688

* Assumes that the portfolio contains a mix of municipals and corporates, with tax consequences similar to the actual portfolio, with corporates yielding 7.5% and Munis 5.0%.

**Coracle Damage Calculations**

Reasonable Rate of Return for a Taxable Bond Ladder as of 12/1/98 | 7.00%

| | | Expected Balance | Withdrawls | Interest Earning Balance | Balance Carryforward |
|---|---|---|---|---|---|
| Original Deposit 12/18/98 | 12/18/98 | $491,500 | $0 | $0 | $491,500 |
| | 12/31/98 | $491,500 | $0 | $875 | $492,375 |
| | 1/31/99 | $492,375 | $0 | $2,872 | $495,247 |
| | 2/28/99 | $495,247 | ($2,801) | $2,873 | $495,319 |
| | 3/31/99 | $495,319 | ($25) | $2,889 | $498,183 |
| | 4/30/99 | $498,183 | ($18) | $2,906 | $501,071 |
| | 5/31/99 | $501,071 | ($988) | $2,917 | $503,000 |
| | 6/30/99 | $503,000 | ($20,000) | $2,818 | $485,818 |
| | 7/31/99 | $485,818 | $0 | $2,834 | $488,652 |
| | 8/31/99 | $488,652 | $0 | $2,850 | $491,502 |
| | 9/30/99 | $491,502 | ($1,950) | $2,856 | $492,408 |
| | 10/31/99 | $492,408 | $0 | $2,872 | $495,280 |
| | 11/30/99 | $495,280 | $0 | $2,889 | $498,169 |
| | 12/31/99 | $498,169 | $0 | $2,906 | $501,075 |
| | 1/31/00 | $501,075 | $0 | $2,923 | $503,998 |
| | 2/29/00 | $503,998 | $0 | $2,940 | $506,938 |
| | 3/31/00 | $506,938 | $0 | $2,957 | $509,895 |
| | 4/30/00 | $509,895 | $0 | $2,974 | $512,870 |
| | 5/31/00 | $512,870 | ($4,000) | $2,968 | $511,838 |
| | 6/30/00 | $511,838 | $0 | $2,986 | $514,824 |
| | 7/31/00 | $514,824 | $0 | $3,003 | $517,827 |
| | 8/31/00 | $517,827 | ($100,000) | $2,437 | $420,264 |
| | 9/30/00 | $420,264 | $0 | $2,452 | $422,716 |
| | 10/31/00 | $422,716 | $0 | $2,466 | $425,182 |
| | 11/30/00 | $425,182 | $0 | $2,480 | $427,662 |
| | 12/31/00 | $427,662 | $0 | $2,495 | $430,157 |
| | 1/31/01 | $430,157 | $0 | $2,509 | $432,666 |
| | 2/28/01 | $432,666 | $0 | $2,524 | $435,190 |
| | 3/31/01 | $435,190 | $0 | $2,539 | $437,728 |
| | 4/30/01 | $437,728 | $0 | $2,553 | $440,282 |
| | 5/31/01 | $440,282 | $0 | $2,568 | $442,850 |
| | 6/30/01 | $442,850 | ($15,000) | $2,496 | $430,346 |
| | 7/31/01 | $430,346 | $0 | $2,510 | $432,856 |
| | 8/31/01 | $432,856 | $0 | $2,525 | $435,381 |

| | |
|---|---|
| Actual Market Value of Coracle Agency Acct as of 8/31/01 | $327,349 |
| Actual Market Value of Coracle Money Market at of 8/31/01 | $513 |
| Indication of Damage | $114,988 |

LD 002491

**Par and Market Value**
**Total Portfolio**
**March 1998 - September 1999**



LD 002492


Impact on Portfolio Value as of March 1998
with Changes in Interest Rates
Portfolio Value
$2,400,000
$2,200,000
$2,000,000
$1,800,000
$1,600,000
$1,400,000
$1,200,000
$1,000,000
$2,346,455
$2,038,161
$1,788,779
$1,586,174
No Change In Rates
Rates Increase 100 Basis Points
Rates Increase 200 Basis Points
Rates Increase 300 Basis Points
Rate Changes

LD 002493


Impact on Portfolio Value as of September 1999
with Changes in Interest Rates
Portfolio Value
$2,400,000
$2,200,000
$2,000,000
$1,800,000
$1,600,000
$1,400,000
$1,200,000
$1,000,000
$2,114,895
$1,886,352
$1,698,355
$1,542,599
No Change In Rates
Rates Increase 100 Basis Points
Rates Increase 200 Basis Points
Rates Increase 300 Basis Points
Rate Changes

## Spending Analysis

| Date | Description | Account | Visa Spending | Total Spending |
|---|---|---|---|---|
| 3/31/98 | Northwest Airlines | Visa | $585.00 | |
| | Northern European Auto | Visa | $181.69 | |
| | CompUSA | Visa | $488.63 | |
| | Eddie Bauer | Visa | $129.21 | |
| | JC Penny | Visa | $179.18 | |
| | National Car Rental | Visa | $122.71 | |
| | Warshal's | Visa | $138.92 | |
| | Other | Visa | $1,585.17 | |
| | Total Visa Expenditures | | | $3,410.51 |
| | National Merit Insurance | Pete First Interstate | | $816.00 |
| | U.S. West | Pete First Interstate | | $365.37 |
| | Dave & Lizzie Lundstrom | Pete First Interstate | | $1,000.00 |
| | City of Seattle | Pete First Interstate | | $132.00 |
| | Woodland Court | Pete First Interstate | | $760.00 |
| | Other | Pete First Interstate | | $242.35 |
| | Bon Marche | Joyce First Interstate | | $277.58 |
| | Other | Joyce First Interstate | | $31.39 |
| | **Total Expenditures** | | | $7,035.20 |
| 4/30/98 | Seattle's Best Coffee | Visa | $244.35 | |
| | CompUSA | Visa | $173.31 | |
| | Northwest Airlines | Visa | $356.00 | |
| | Mirage Comfort Shoes | Visa | $169.14 | |
| | Pacific Rim Automotive | Visa | $504.90 | |
| | Crate and Barrel | Visa | $212.93 | |
| | Avis | Visa | $214.58 | |
| | Seattle Cutlery | Visa | $100.00 | |
| | Cascade Pet Hospital | Visa | $145.00 | |
| | Other | Visa | $1,510.37 | |
| | Total Visa Expenditures | | | $3,630.58 |
| | St. Andrew's Church | Piper Prime | | $2,000.00 |
| | Jeffrey Wagner, CPA | Pete First Interstate | | $150.00 |
| | Costco | Pete First Interstate | | $144.07 |
| | Pacific Care Benefit Admin | Pete First Interstate | | $940.00 |
| | Olympic Physical Therapy | Pete First Interstate | | $388.00 |
| | Woodland Court | Pete First Interstate | | $785.00 |
| | Other | Pete First Interstate | | $182.20 |
| | Dept of Licensing - Volvo Taxes | Joyce First Interstate | | $311.35 |
| | Other | Joyce First Interstate | | $37.84 |
| | **Total Expenditures** | | | $8,569.04 |
| 5/31/98 | Mann's Eastside Hitch | Visa | $437.66 | |
| | Camping World | Visa | $131.07 | |
| | Fred Meyer GD | Visa | $111.03 | |
| | Other | Visa | $1,530.03 | |
| | Total Visa Expenditures | | | $2,209.79 |
| | Henn. Cty. Treasurer (property taxes) | Piper Prime | | $2,519.12 |
| | Arnold Lee (pop up camper) | Piper Prime | | $5,700.00 |
| | US West | Pete First Interstate | | $221.63 |
| | Department of Licensing | Pete First Interstate | | $588.80 |
| | Other | Pete First Interstate | | $251.50 |
| | New Life Academy (Neice's Tuition) | Joyce First Interstate | | $1,948.00 |
| | Other | Joyce First Interstate | | $151.53 |
| | **Total Expenditures** | | | $13,590.37 |

## Spending Analysis

| Date | Description | Account | Visa Spending | Total Spending |
|---|---|---|---|---|
| 6/30/98 | Evergreen RV Service | Visa | $102.92 | |
| | Cascade Pet Hospital | Visa | $184.03 | |
| | Northern European Auto | Visa | $271.50 | |
| | Northern European Auto | Visa | $129.23 | |
| | Bobby Butler DDS | Visa | $131.25 | |
| | Seattle Veterinary Hospital | Visa | $182.00 | |
| | WSLBC | Visa | $116.55 | |
| | Northern European Auto | Visa | $1,533.97 | |
| | Veterinary Oncology | Visa | $132.75 | |
| | Anthonys Homeport | Visa | $123.66 | |
| | Adriatica Restaurant | Visa | $165.00 | |
| | Other | Visa | $1,794.60 | |
| | Total Visa Expenditures | | | $4,867.46 |
| | Pacific Care Benefit Admin | Pete First Interstate | | $470.00 |
| | National Merit Insurance | Pete First Interstate | | $117.00 |
| | Woodland Court | Pete First Interstate | | $785.00 |
| | US West | Pete First Interstate | | $182.48 |
| | Pacific Care Benefit Admin | Pete First Interstate | | $590.00 |
| | Other | Pete First Interstate | | $619.00 |
| | Other | Joyce First Interstate | | $379.43 |
| | **Total Expenditures** | | | $8,010.37 |
| 7/31/98 | Stevens Van Lines | Visa | $4,935.58 | |
| | Hamilton Stores | Visa | $108.66 | |
| | Speidels | Visa | $101.63 | |
| | Dayton's | Visa | $2,057.29 | |
| | Target | Visa | $174.82 | |
| | Sears | Visa | $222.54 | |
| | Sears | Visa | $251.27 | |
| | Sears | Visa | $1,118.22 | |
| | Other | Visa | $1,823.90 | |
| | Total Visa Expenditures | | | $10,793.91 |
| | Gabberts (furniture) | Piper Prime | | $10,951.40 |
| | Pacific Care Benefit Admin | Pete First Interstate | | $590.00 |
| | US West | Pete First Interstate | | $225.86 |
| | Other | Pete First Interstate | | $575.98 |
| | Karen Klasnya | Joyce First Interstate | | $569.50 |
| | Gregs Lawn Service | Joyce First Interstate | | $315.25 |
| | Other | Joyce First Interstate | | $122.50 |
| | **Total Expenditures** | | | $24,144.40 |
| 8/31/98 | Kliers Nursery | Visa | $365.89 | |
| | Pottery Barn | Visa | $105.44 | |
| | Kliers Nursery | Visa | $395.89 | |
| | Gabberts | Visa | $435.59 | |
| | Gabberts | Visa | $200.00 | |
| | Gabberts | Visa | $582.94 | |
| | Gabberts | Visa | $1,191.36 | |
| | Restoration Hardware | Visa | $380.21 | |
| | Room & Board | Visa | $325.88 | |
| | Bobby Butler DDS | Visa | $101.25 | |
| | Cedar Pet Clinic | Visa | $159.55 | |
| | Cedar Pet Clinic | Visa | $140.70 | |
| | Other | Visa | $1,942.07 | |
| | Total Visa Expenditures | | | $6,326.77 |
| | Other | Pete First Interstate | | $30.05 |
| | Pacificare Ben Admins | Peter USB | | $590.00 |
| | Other | Peter USB | | $892.50 |
| | **Total Expenditures** | | | $7,839.32 |

## Spending Analysis

| Date | Description | Account | Visa Spending | Total Spending |
|---|---|---|---|---|
| 9/30/98 | Joliet Diagnistic Imaging | Visa | $262.80 | |
| | Rosenthal Furniture | Visa | $1,754.00 | |
| | Bibelot Shop | Visa | $131.08 | |
| | Lund's | Visa | $101.45 | |
| | Jubilee | Visa | $105.18 | |
| | Bachmans | Visa | $131.81 | |
| | Dayton's | Visa | $5,617.50 | |
| | Sears | Visa | $545.59 | |
| | Five Trees | Visa | $187.25 | |
| | Other | Visa | $1,430.80 | |
| | Total Visa Expenditures | | | $10,267.46 |
| | Pacificare Ben Admins | Peter USB | | $1,109.00 |
| | Other | Peter USB | | $485.27 |
| | Midwest Door - garage door | Joyce USB | | $335.00 |
| | Other | Joyce USB | | $110.47 |
| | **Total Expenditures** | | | $12,307.20 |
| 10/31/98 | Stevens Van Lines | Visa | $183.00 | |
| | Highland Nursery | Visa | $208.62 | |
| | Highland Nursery | Visa | $448.33 | |
| | R & T Magic Auto Repair | Visa | $448.18 | |
| | Hi Lake Tru Value | Visa | $110.70 | |
| | Cub Foods | Visa | $123.60 | |
| | Office Max | Visa | $128.40 | |
| | Sears | Visa | $127.22 | |
| | 7 Corners Hardware | Visa | $232.37 | |
| | Other | Visa | $1,492.10 | |
| | Total Visa Expenditures | | | $3,502.52 |
| | A Better Lawn & Garden | Peter USB | | $325.00 |
| | St. Paul Co. | Peter USB | | $1,874.58 |
| | Pacificare Ben Admins | Peter USB | | $590.00 |
| | Other | Peter USB | | $227.17 |
| | Henn. Cty Treasurer (property taxes) | Joyce USB | | $2,519.12 |
| | Other | Joyce USB | | $503.57 |
| | **Total Expenditures** | | | $9,541.96 |
| 11/30/98 | Haskell's | Visa | $197.03 | |
| | Johnston Murphy | Visa | $145.00 | |
| | Knox Lumber | Visa | $144.60 | |
| | 7 Corners Hardware | Visa | $186.15 | |
| | Daytons | Visa | $157.29 | |
| | Knox Lumber | Visa | $175.48 | |
| | Sears | Visa | $129.98 | |
| | Woolen Mill Salesroom | Visa | $106.80 | |
| | Sears | Visa | $156.17 | |
| | Minnegasco | Visa | $448.45 | |
| | Cub Foods | Visa | $261.55 | |
| | Kelly Inn | Visa | $118.12 | |
| | Other | Visa | $2,094.41 | |
| | Total Visa Expenditures | | | $4,321.03 |
| | Rosenthal (furniture) | Piper Prime | | $1,900.00 |
| | Kelly Plumbing & Heating | Peter USB | | $609.25 |
| | Pacificare Ben Admins | Peter USB | | $590.00 |
| | St Stephens Epispical Church | Peter USB | | $2,000.00 |
| | Other | Peter USB | | $352.81 |
| | Other | Joyce USB | | $175.91 |
| | **Total Expenditures** | | | $9,949.00 |
| 11/24/98 | Venture Middle East (donation) | Piper Prime | | $15,000.00 |

**Spending Analysis**

| Date | Description | Account | Visa Spending | Total Spending |
|---|---|---|---|---|
| 12/31/98 | Rosenthal Furniture | Visa | $100.00 | |
| | Joliet Diagnistic Imaging | Visa | $262.80 | |
| | LL Bean | Visa | $191.50 | |
| | MCI | Visa | $222.49 | |
| | Ver*VT Country Store | Visa | $147.70 | |
| | Pottery Barn | Visa | $1,004.30 | |
| | Restoration Hardware | Visa | $186.18 | |
| | Restoration Hardware | Visa | $287.55 | |
| | Pottery Barn | Visa | $549.54 | |
| | Circuit City | Visa | $115.03 | |
| | Johnston Murphy | Visa | $119.90 | |
| | Minnegasco | Visa | $100.70 | |
| | Council Travel Serv | Visa | $764.00 | |
| | Bibelot Shop | Visa | $250.00 | |
| | Other | Visa | $2,155.38 | |
| | Total Visa Expenditures | | | $6,457.07 |
| | BCBS | | | $1,066.50 |
| | MSI | | | $1,254.78 |
| | Venture Middle East | | | $575.00 |
| | Pacificare Ben Admins | | | $569.00 |
| | Other | | | $398.19 |
| | Other | | | $27.00 |
| | Total Expenditures | | | $10,347.54 |
| 1/31/99 | Cub Foods | Visa | $160.62 | |
| | Lund's | Visa | $104.29 | |
| | Stereoland | Visa | $1,068.93 | |
| | Other | Visa | $1,151.50 | |
| | Total Visa Expenditures | | | $2,485.34 |
| | Pacificare Ben Admins | Peter USB | | $569.00 |
| | Other | Peter USB | | $521.79 |
| | Jeanne E. - framing prints | Joyce USB | | $367.42 |
| | Other | Joyce USB | | $52.50 |
| | Total Expenditures | | | $3,996.05 |
| 2/28/99 | REI | Visa | $771.43 | |
| | Minneapolis Café | Visa | $121.35 | |
| | Eddie Bauer | Visa | $298.13 | |
| | Laser Dental Center | Visa | $337.50 | |
| | R&T Magic Auto Repair | Visa | $104.88 | |
| | Other | Visa | $1,510.92 | |
| | Total Visa Expenditures | | | $3,144.21 |
| | Pacificare Ben Admins | Peter USB | | $569.00 |
| | Other | Peter USB | | $215.00 |
| | Other | Joyce USB | | $136.00 |
| | Total Expenditures | | | $4,064.21 |
| 3/31/99 | NWA | Visa | $1,063.09 | |
| | Surdyks Liquor | Visa | $198.82 | |
| | Walgreens | Visa | $368.47 | |
| | Cabelas | Visa | $208.46 | |
| | Grand Spectacle | Visa | $122.52 | |
| | Other | Visa | $1,423.88 | |
| | Total Visa Expenditures | | | $3,385.24 |
| | MN Dept of Revenue | Piper Prime | | $1,030.00 |
| | US Treasury | Piper Prime | | $14,340.00 |
| | US Treasury | Piper Prime | | $44,112.00 |
| | MN Dept of Revenue | Piper Prime | | $4,240.00 |
| | Pacificare Ben Admins | Peter USB | | $1,138.00 |
| | Other | Peter USB | | $483.24 |
| | Nelson Designs - basement plans | Joyce USB | | $460.95 |
| | Amex Ex - travelers checks | Joyce USB | | $2,000.00 |
| | Amex Ex - travelers checks | Joyce USB | | $961.87 |
| | Other | Joyce USB | | $163.66 |
| | Total Expenditures | | | $72,314.96 |

## Spending Analysis

| Date | Description | Account | Visa Spending | Total Spending |
|---|---|---|---|---|
| 4/30/99 | Gordon & Hendrickson | Visa | $119.26 | |
| | Eddie Bauer | Visa | $126.05 | |
| | Grand Spectacle | Visa | $200.00 | |
| | D & M Associates | Visa | $500.00 | |
| | Use of Visa in England | Visa | $2,022.87 | |
| | Other | Visa | $734.20 | |
| | Total Visa Expenditures | | | $3,702.38 |
| | Henn. Cty. Treasurer | Peter USB | | $1,898.55 |
| | Mutual Service Ins. Co. | Peter USB | | $538.50 |
| | Other | Peter USB | | $488.49 |
| | Other | Joyce USB | | $68.50 |
| | **Total Expenditures** | | | $6,696.42 |
| 5/31/99 | Daytons | Visa | $2,902.42 | |
| | Room & Board | Visa | $137.39 | |
| | Lunds | Visa | $118.94 | |
| | D and M Associates | Visa | $2,060.00 | |
| | Rail Europe | Visa | $940.00 | |
| | Other | Visa | $1,619.16 | |
| | Total Visa Expenditures | | | $7,777.91 |
| | House Nezerka... | Peter USB | | $725.00 |
| | Microsoft | Peter USB | | $1,138.00 |
| | Bob Thomas | Peter USB | | $500.00 |
| | Other | Peter USB | | $537.83 |
| | Other | Joyce USB | | $81.35 |
| | **Total Expenditures** | | | $10,760.09 |
| 6/30/99 | Room and Board | Visa | $838.16 | |
| | Room and Board | Visa | $575.06 | |
| | Room and Board | Visa | $287.55 | |
| | Room and Board | Visa | $362.08 | |
| | R & T Magic Auto Repair | Visa | $229.32 | |
| | Daytons | Visa | $300.83 | |
| | Daytons | Visa | $540.45 | |
| | Best Buy | Visa | $144.74 | |
| | Other | Visa | $1,905.23 | |
| | Total Visa Expenditures | | | $5,183.42 |
| | Cavanaugh Masonry | Piper Prime | | $2,332.50 |
| | Hirshfield's | Peter USB | | $294.53 |
| | US Treasury (Quarterly Payment) | Peter USB | | $14,340.00 |
| | MN Dept of Revenue (Quarterly Payment) | Peter USB | | $1,030.00 |
| | Buck Brothers | Peter USB | | $3,080.00 |
| | Microsoft | Peter USB | | $569.00 |
| | Other | Peter USB | | $191.33 |
| | Other | Joyce USB | | $30.00 |
| | **Total Expenditures** | | | $27,050.78 |
| 7/31/99 | Northwest Airlines | Visa | $118.00 | |
| | Other | Visa | $1,578.91 | |
| | Total Visa Expenditures | | | $1,696.91 |
| | Faegre & Benson | Peter USB | | $3,750.00 |
| | MN Comp Health Assn. | Peter USB | | $1,293.51 |
| | Microsoft | Peter USB | | $569.00 |
| | Cavanaugh Masonry | Peter USB | | $2,400.00 |
| | Swede Hollow | Peter USB | | $1,490.34 |
| | Other | Peter USB | | $852.26 |
| | New Life Academy | Joyce USB | | $2,074.00 |
| | Other | Joyce USB | | $778.99 |
| | **Total Expenditures** | | | $14,905.01 |

## Spending Analysis

| Date | Description | Account | Visa Spending | Total Spending |
|---|---|---|---|---|
| 8/31/99 | Snyder Drug | Visa | $271.99 | |
| | Nordstrom | Visa | $102.00 | |
| | Harrisons Footwear | Visa | $175.00 | |
| | Eddie Bauer | Visa | $193.63 | |
| | Southdale Optical | Visa | $1,160.76 | |
| | Eddie Bauer | Visa | $115.99 | |
| | Sears | Visa | $135.93 | |
| | Use of Visa in England | Visa | $2,124.19 | |
| | Southdale Optical | Visa | $142.10 | |
| | Eddie Bauer | Visa | $139.97 | |
| | Gordon & Hendrickson | Visa | $134.39 | |
| | Other | Visa | $1,116.35 | |
| | Total Visa Expenditures | | | $5,812.30 |
| | Am Ex Traveler's Checks | Peter USB | | $1,895.54 |
| | Other | Peter USB | | $1,068.68 |
| | Other | Joyce USB | | $95.99 |
| | Total Expenditures | | | $8,872.51 |
| 9/30/99 | The Bibelot Shops | Visa | $130.00 | |
| | Other | Visa | $1,424.60 | |
| | Total Visa Expenditures | | | $1,554.60 |
| | Buck Brothers | Peter USB | | $1,750.00 |
| | US Treasury | Peter USB | | $14,340.00 |
| | MN Dept of Revenue | Peter USB | | $1,030.00 |
| | Kline Volvo | Peter USB | | $25,000.00 |
| | Other | Peter USB | | $626.69 |
| | Kline Volvo | Joyce USB | | $9,550.00 |
| | Furnace Repair | Joyce USB | | $605.00 |
| | MSI Insurance | Joyce USB | | $634.50 |
| | Other | Joyce USB | | $3,133.98 |
| | Total Expenditures | | | $58,224.77 |
| 10/31/99 | Snyder Drug | Visa | $330.78 | |
| | Alamo Rent-a-car | Visa | $209.51 | |
| | Hampton Inns Chicago | Visa | $432.94 | |
| | JCPenney Co. | Visa | $295.93 | |
| | Haskell's | Visa | $168.07 | |
| | Lunds | Visa | $137.85 | |
| | Other | Visa | $1,241.76 | |
| | Total Visa Expenditures | | | $2,816.84 |
| | Henn. Cty. Treasurer | Peter USB | | $1,898.54 |
| | Reed Bales | Peter USB | | $628.35 |
| | Mutual Service Ins. Co. | Peter USB | | $1,269.42 |
| | Buck Brothers | Peter USB | | $4,360.00 |
| | Other | Peter USB | | $754.99 |
| | Other | Joyce USB | | $50.00 |
| | Total Expenditures | | | $11,778.14 |
| 11/30/99 | Lunds | Visa | $138.32 | |
| | US West Communication | Visa | $105.69 | |
| | NWA | Visa | $674.00 | |
| | Darling Drapery & Carpet | Visa | $139.15 | |
| | Other | Visa | $1,413.00 | |
| | Total Visa Expenditures | | | $2,470.16 |
| | Kathy Snyder | Peter USB | | $255.00 |
| | Buck Brothers | Peter USB | | $5,000.00 |
| | Other | Peter USB | | $445.25 |
| | Other | Joyce USB | | $99.43 |
| | Total Expenditures | | | $8,269.84 |

## Spending Analysis

| Date | Description | Account | Visa Spending | Total Spending |
|---|---|---|---|---|
| 12/31/99 | Eddie Bauer | Visa | $220.96 | |
| | Michael Podesta Graphics | Visa | $124.50 | |
| | Lunds | Visa | $106.89 | |
| | Creative Lighting | Visa | $112.84 | |
| | Muska Lighting Center | Visa | $130.11 | |
| | Snyder Drug | Visa | $109.79 | |
| | US West | Visa | $100.12 | |
| | Venture Middle East | Visa | $1,250.00 | |
| | Other | Visa | $1,759.92 | |
| | Total Visa Expenditures | | | $3,915.13 |
| | St. Stephen's Church | Peter USB | | $3,250.00 |
| | Other | Peter USB | | $1,291.84 |
| | Other | Joyce USB | | $301.00 |
| | Total Expenditures | | | $8,757.97 |
| 1/31/00 | Market Place Salon | Visa | $135.00 | |
| | Avis | Visa | $308.18 | |
| | Radisson | Visa | $131.15 | |
| | Office Depot | Visa | $167.64 | |
| | Snyder Drug | Visa | $114.06 | |
| | Johnston Murphy | Visa | $277.10 | |
| | Other | Visa | $1,312.15 | |
| | Total Visa Expenditures | | | $2,445.28 |
| | MN Comp Health Assn. | Peter USB | | $1,202.41 |
| | Bob Thomas | Peter USB | | $500.00 |
| | Buck Brothers | Peter USB | | $3,060.00 |
| | Other | Peter USB | | $472.45 |
| | Other | Joyce USB | | $135.00 |
| | Total Expenditures | | | $7,815.14 |
| 2/29/00 | Laser Dental Center | Visa | $202.00 | |
| | St Stephen's Church | Visa | $2,000.00 | |
| | Southdale Optical | Visa | $241.57 | |
| | Haskell's | Visa | $124.36 | |
| | Fairview SW | Visa | $106.80 | |
| | Other | Visa | $939.79 | |
| | Total Visa Expenditures | | | $3,614.52 |
| | Bob Thomas | Peter USB | | $1,152.03 |
| | Blue Sky Design | Peter USB | | $500.00 |
| | MSI Insurance | Peter USB | | $612.50 |
| | Other | Peter USB | | $480.74 |
| | Other | Joyce USB | | $158.19 |
| | Total Expenditures | | | $6,517.98 |
| 3/31/00 | Dell Computer | Visa | $1,388.28 | |
| | Northwest Airlines | Visa | $157.56 | |
| | Northwest Airlines | Visa | $198.89 | |
| | Lunds | Visa | $124.55 | |
| | Other | Visa | $1,469.81 | |
| | Total Visa Expenditures | | | $3,339.09 |
| | Dave Lundsstrom | Peter USB | | $250.00 |
| | Buck Brothers | Peter USB | | $1,200.00 |
| | MN Comp Health Assn. | Peter USB | | $1,140.27 |
| | Sentry Table Pad | Peter USB | | $164.03 |
| | Allina Med. Clinic | Peter USB | | $213.88 |
| | Other | Peter USB | | $530.68 |
| | Other | Joyce USB | | $206.25 |
| | Total Expenditures | | | $7,044.20 |

**Spending Analysis**

| Date | Description | Account | Visa Spending | Total Spending |
|---|---|---|---|---|
| 8/31/00 | Green Mill | Visa | $165.78 | |
| | US West | Visa | $152.07 | |
| | Laser Dental Center | Visa | $202.00 | |
| | Fairview Hospital | Visa | $115.38 | |
| | Virchow Krause | Visa | $2,350.00 | |
| | Gordon and Hendrickson | Visa | $157.69 | |
| | Donalds Inc | Visa | $150.52 | |
| | Snyder Drug | Visa | $116.26 | |
| | Other | Visa | $2,106.07 | |
| | Total Visa Expenditures | | | $5,515.77 |
| | Buck Brothers | Norwest Checking | | $6,000.00 |
| | John Buckman Roofing | Norwest Checking | | $3,000.00 |
| | MSI Insurance | Peter USB | | $600.20 |
| | Other | Peter USB | | $721.24 |
| | New Life Academy (niece's tuition) | Joyce USB | | $2,080.00 |
| | Other | Joyce USB | | $251.20 |
| | **Total Expenditures** | | | $18,168.41 |
| 9/30/00 | Muska Lighting | Visa | $109.39 | |
| | The Sharper Image | Visa | $138.40 | |
| | Hoigaards | Visa | $266.24 | |
| | Minnegasco | Visa | $128.70 | |
| | Laser Dental Center | Visa | $155.00 | |
| | Northwest Airlines | Visa | $259.00 | |
| | Other | Visa | $2,208.15 | |
| | Total Visa Expenditures | | | $3,264.88 |
| | Henn. Cty. Treasurer | Norwest Checking | | $2,024.85 |
| | US Treasury | Norwest Checking | | $1,770.00 |
| | MN Dept of Revenue | Norwest Checking | | $941.00 |
| | Kaster | Norwest Checking | | $1,867.03 |
| | MN Comp Health Assn. | Norwest Checking | | $1,276.11 |
| | Other | Peter USB | | 218.15 |
| | Silver Cliff Motel | Joyce USB | | 191.7 |
| | **Total Expenditures** | | | $11,553.72 |
| 10/31/00 | Room and Board | Visa | $997.91 | |
| | Pier 1 | Visa | $319.50 | |
| | Room and Board | Visa | $128.00 | |
| | Room and Board | Visa | $286.49 | |
| | Muska Lighting | Visa | $108.89 | |
| | Borton Volvo | Visa | $205.48 | |
| | Marshall's | Visa | $444.98 | |
| | Naniboujou Restaurant | Visa | $110.00 | |
| | Haskell's | Visa | $186.82 | |
| | Lunds | Visa | $111.06 | |
| | Minnegasco | Visa | $128.70 | |
| | Hyatt Hotels | Visa | $108.70 | |
| | Target | Visa | $153.92 | |
| | Other | Visa | $1,627.97 | |
| | Total Visa Expenditures | | | $4,918.42 |
| | Mutual Serv. Cas. Ins. | Norwest Checking | | $1,330.26 |
| | John Buckman Roofing | Norwest Checking | | $6,223.45 |
| | Soderlin | Norwest Checking | | $178.00 |
| | Buck Brothers | Norwest Checking | | $2,380.00 |
| | Virchow Krause | Norwest Checking | | $1,375.00 |
| | Other | Norwest Checking | | $410.75 |
| | Other | Joyce USB | | $263.75 |
| | **Total Expenditures** | | | $17,079.63 |

## Spending Analysis

| Date | Description | Account | Visa Spending | Total Spending |
|---|---|---|---|---|
| 11/30/00 | Table of Contents | Visa | $114.95 | |
| | Kliers Nursery | Visa | $567.10 | |
| | Lunds | Visa | $103.88 | |
| | Best Western | Visa | $102.93 | |
| | Villager Courtyard | Visa | $129.22 | |
| | Other | Visa | $1,515.78 | |
| | Total Visa Expenditures | | | $2,533.86 |
| | St. Stephen's Church | Norwest Checking | | $2,000.00 |
| | Nelson Design Group | Norwest Checking | | $1,053.00 |
| | Other | Norwest Checking | | $548.23 |
| | Peg Thompson | Joyce USB | | $315.00 |
| | Other | Joyce USB | | $458.92 |
| | **Total Expenditures** | | | $6,909.01 |
| 12/31/00 | Best Western | Visa | $263.13 | |
| | Northw Harmar | Visa | $149.00 | |
| | US West | Visa | $221.33 | |
| | Paul Williams Tire Co | Visa | $333.54 | |
| | Lunds | Visa | $109.89 | |
| | Borton Volvo | Visa | $320.14 | |
| | Coldwater Creek | Visa | $109.85 | |
| | Museum of Fine Arts Boston | Visa | $104.95 | |
| | Minnegasco | Visa | $128.70 | |
| | Lunds | Visa | $129.72 | |
| | Other | Visa | $2,682.32 | |
| | Total Visa Expenditures | | | $4,552.57 |
| | MCHA | Norwest Checking | | $1,276.11 |
| | Venture Int'l | Norwest Checking | | $2,000.00 |
| | Other | Norwest Checking | | $533.55 |
| | Peg Thompson | Joyce USB | | $315.00 |
| | Arab Orthodox Society | Joyce USB | | $327.30 |
| | Other | Joyce USB | | $214.75 |
| | **Total Expenditures** | | | $9,219.28 |
| 1/31/01 | Target | Visa | $321.90 | |
| | Northwest Airlines | Visa | $513.82 | |
| | Northwest Airlines | Visa | $513.82 | |
| | US West | Visa | $192.22 | |
| | Snyder Drug | Visa | $125.86 | |
| | Eddie Bauer | Visa | $294.90 | |
| | Office Depot | Visa | $111.81 | |
| | Eddie Bauer | Visa | $323.10 | |
| | Minnegasco | Visa | $207.70 | |
| | Snyder Drug | Visa | $339.18 | |
| | Fairview Hospital | Visa | $118.50 | |
| | Other | Visa | $1,625.92 | |
| | Total Visa Expenditures | | | $4,688.73 |
| | John Buckman Roofing | Norwest Checking | | $944.00 |
| | MN Dept of Revenue | Norwest Checking | | $580.00 |
| | US Treasury | Norwest Checking | | $1,770.00 |
| | Other | Norwest Checking | | $662.38 |
| | Peg Thompson | Joyce USB | | $345.00 |
| | Other | Joyce USB | | $198.75 |
| | **Total Expenditures** | | | $9,188.86 |

## Spending Analysis

| Date | Description | Account | Visa Spending | Total Spending |
|---|---|---|---|---|
| 2/28/01 | LL Bean | Visa | $192.90 | |
| | St Stephen's Church | Visa | $2,000.00 | |
| | Eddie Bauer | Visa | $139.45 | |
| | Clark Shoe Store | Visa | $259.98 | |
| | Lunds | Visa | $126.90 | |
| | JC Penny's | Visa | $105.00 | |
| | LL Bean | Visa | $306.90 | |
| | Lands End | Visa | $133.95 | |
| | Northwest Airlines | Visa | $349.50 | |
| | Eddie Bauer | Visa | $114.15 | |
| | Minnegasco | Visa | $227.70 | |
| | French Country | Visa | $125.31 | |
| | Posados Café | Visa | $124.84 | |
| | Lunds | Visa | $109.20 | |
| | Xcel Energy | Visa | $108.01 | |
| | Star Trib | Visa | $134.16 | |
| | Eddie Bauer | Visa | $109.75 | |
| | Other | Visa | $2,329.04 | |
| | Total Visa Expenditures | | | $6,996.74 |
| | Mutual Serv. Cas. Ins. | Norwest Checking | | $530.50 |
| | Other | Norwest Checking | | $391.80 |
| | Other | Joyce USB | | $223.75 |
| | Total Expenditures | | | $8,142.79 |
| 3/31/01 | Gordon and Hendrickson | Visa | $124.37 | |
| | Target | Visa | $106.72 | |
| | National Car Rental | Visa | $234.10 | |
| | Laser Dental Center | Visa | $216.00 | |
| | Mpls Medical Arts Bldg | Visa | $124.44 | |
| | Use of Visa in England | Visa | $2,203.97 | |
| | Other | Visa | $896.20 | |
| | Total Visa Expenditures | | | $3,905.80 |
| | ATM's in England | Norwest Checking | | $1,305.00 |
| | ATM Withdrawls in England | Joyce USB | | $580.00 |
| | Total Expenditures | | | $5,790.80 |
| 4/30/01 | Use of Visa in England | Visa | $920.49 | |
| | Lunds | Visa | $119.39 | |
| | Xcel Energy | Visa | $128.69 | |
| | Schelen-Gray Auto | Visa | $251.74 | |
| | US West | Visa | $294.67 | |
| | Minnegasco | Visa | $407.04 | |
| | Mpls Medical Arts Bldg | Visa | $138.21 | |
| | Herberger's | Visa | $229.12 | |
| | Other | Visa | $1,336.22 | |
| | Total Visa Expenditures | | | $3,825.57 |
| | Kaster | Norwest Checking | | $940.78 |
| | Mutual Serv. Cas. Ins. | Norwest Checking | | $393.50 |
| | MCHA | Norwest Checking | | $1,276.11 |
| | Other | Norwest Checking | | $230.25 |
| | Foreign Draft for book | Joyce USB | | $273.01 |
| | Other | Joyce USB | | $263.65 |
| | Total Expenditures | | | $7,202.87 |

## Spending Analysis

| Date | Description | Account | Visa Spending | Total Spending |
|---|---|---|---|---|
| 5/31/01 | Borton Volvo | Visa | $690.76 | |
| | Radisson | Visa | $111.04 | |
| | Lunds | Visa | $124.53 | |
| | Northwest Airlines | Visa | $211.00 | |
| | Northwest Airlines | Visa | $211.00 | |
| | Snyder Drug | Visa | $150.91 | |
| | Famous Footwear | Visa | $202.94 | |
| | Schuler Shoes | Visa | $279.60 | |
| | Other | Visa | $1,665.91 | |
| | Total Visa Expenditures | | | $3,647.69 |
| | Bob Thomas - House Painting | Norwest Checking | | $1,000.00 |
| | Kaster | Norwest Checking | | $568.85 |
| | Henn. Cty. Treasurer | Norwest Checking | | $2,126.07 |
| | Other | Norwest Checking | | $389.34 |
| | Other | Joyce USB | | $293.25 |
| | Total Expenditures | | | $8,025.20 |
| 6/30/01 | Marshalls | Visa | $251.88 | |
| | U.S. West | Visa | $115.82 | |
| | Famous Footwear | Visa | $112.46 | |
| | Virchow Krause & Co. | Visa | $1,025.00 | |
| | Other | Visa | $2,480.77 | |
| | Total Visa Expenditures | | | $3,985.93 |
| | Bob Thomas | Norwest Checking | | $1,475.00 |
| | Soderlin | Norwest Checking | | $267.00 |
| | Minnegasco | Norwest Checking | | $0.00 |
| | Michelle Western | Norwest Checking | | $66.42 |
| | Kaster | Norwest Checking | | $133.75 |
| | ATM Withdrawal | Norwest Checking | | $2,541.63 |
| | Elm Nelson | Norwest Checking | | $300.00 |
| | MCHA | Norwest Checking | | $521.70 |
| | Other | Joyce USB | | $158.25 |
| | Total Expenditures | | | $9,449.68 |
| 7/31/01 | Maytag Service Center | Visa | $121.25 | |
| | Zando Café | Visa | $129.06 | |
| | H.O. Soderlin, Inc. | Visa | $159.00 | |
| | Other | Visa | $3,416.26 | |
| | Total Visa Expenditures | | | $3,825.57 |
| | US Bank Assn. ND | Norwest Checking | | $3,511.20 |
| | Buck Brothers | Norwest Checking | | $1,800.00 |
| | Habitat for Humanity | Norwest Checking | | $100.00 |
| | Nichols, Kaster, & Anderson | Norwest Checking | | $1,544.27 |
| | Larson, Allen, Weishair & Co. | Norwest Checking | | $14,865.00 |
| | US Bank Assn. ND | Norwest Checking | | $2,110.08 |
| | New Life Accademy | Norwest Checking | | $4,748.00 |
| | Other | Norwest Checking | | $109.74 |
| | Venture International | Joyce USB | | $457.00 |
| | Cavanaugh Masonry | Joyce USB | | $6,000.00 |
| | Other | Joyce USB | | $25.00 |
| | Total Expenditures | | | $39,095.86 |
| 8/31/01 | The Eye Nook | Visa | $731.67 | |
| | Auto License | Visa | $105.31 | |
| | Steven Leverentz | Visa | $140.00 | |
| | Quest | Visa | $263.15 | |
| | Kahler Hotel | Visa | $795.15 | |
| | Laser Dental | Visa | $126.00 | |
| | Snyder Drug | Visa | $106.07 | |
| | Ecel Energy | Visa | $117.39 | |
| | Other | Visa | $1,459.32 | |
| | Total Visa Expenditures | | | $3,844.06 |
| | Nichols, Kaster, & Anderson | Norwest Checking | | $6,988.44 |
| | Cash from ATM | Norwest Checking | | $100.00 |
| | Cavanaugh Masonry | Norwest Checking | | $6,905.00 |
| | Philips Garden, Inc. | Norwest Checking | | $2,500.00 |
| | Reliant Energy Minnegasco | Norwest Checking | | $109.70 |
| | MSI Insurance | Norwest Checking | | $547.50 |
| | US Bank Assn. ND | Norwest Checking | | $3,559.06 |
| | Other | Norwest Checking | | $0.00 |
| | David Denham deposit for Beckerwood | Joyce USB | | $3,000.00 |
| | Hage Concrete Works | Joyce USB | | $320.00 |
| | Other | Joyce USB | | $173.75 |
| | Total Expenditures | | | $28,047.51 |

**INFORMATION PRESENTED IN THE PIPER JAFFRAY BOND PORTFOLIO REVIEW**
**PERSONAL PORTFOLIO**
**DATE: 3/10/98**

| Corporate Bond | Par Amount | Call Date | Years to Call Date | 3/10/98 Weighted Average Years to Call Date |
|---|---|---|---|---|
| FHLB Zero Bond | $163,012 | 2/17/99 | 0.942 | $153,633.23 |
| FHLB Zero Bond | $233,803 | 3/26/99 | 1.044 | $244,051.90 |
| Lasalle CD zero | $120,935 | 3/4/00 | 1.986 | $240,213.36 |
| Coastal Bancorp | $58,000 | 6/30/02 | 4.310 | $249,956.16 |
| Lehman Bros Zero | $190,120 | 3/25/03 | 5.044 | $958,934.03 |
| Countrywide Cap | $150,000 | 12/15/06 | 8.773 | $1,315,890.41 |
| JP Morgan Capital | $200,000 | 1/15/07 | 8.858 | $1,771,506.85 |
| **Muni Bonds** | | | | |
| Southern MN Mun Power Zero | $39,560 | 1/1/26 | 27.833 | $1,101,068.60 |
| Lakeville Cabs ISD Go Zero | $161,450 | 1/1/26 | * 27.833 | $4,493,617.95 |
| Chisago Lakes SD GO | $250,000 | 2/1/06 | 7.904 | $1,976,027.40 |
| Princeton | $250,000 | 2/1/07 | 8.904 | $2,226,027.40 |
| Bemidji ISD GO | $250,000 | 4/1/07 | 9.066 | $2,266,438.36 |
| St Michael ISD GO | $250,000 | 2/1/09 | 10.907 | $2,726,712.33 |
| Total | $2,316,880 | | | $19,724,077.96 |

| | |
|---|---|
| **Weighted Average Year to Call Date (years)** | **8.51** |
| **Total Par Value of Portfolio** | **$2,316,880** |
| **Estimated Annual Accrual Income** | **$145,309** |

* Maturity date was used in Piper's Bond Portfolio Review. Inconsistent with the rest being call dates.

LD 002506

**ACTUAL STATE OF THE PORTFOLIO**
**PERSONAL PORTFOLIO**
**DATE: 3/10/98**

| Corporate Bond | Par Amount | Maturity Date | Years to Maturity Date | 3/10/98 Weighted Average Years to Maturity |
|---|---|---|---|---|
| FHLB Zero Bond | $163,012 | 2/17/99 | 0.942 | $153,633.23 |
| FHLB Zero Bond | $233,803 | 3/26/18 | 20.058 | $4,689,511.68 |
| Lasalle CD zero | $120,935 | 3/4/18 | 19.997 | $2,418,368.67 |
| Coastal Bancorp | $58,000 | 6/30/02 | 4.310 | $249,956.16 |
| Lehman Bros Zero | $190,120 | 3/25/28 | 30.063 | $5,715,580.16 |
| Countrywide Cap | $150,000 | 12/15/26 | 28.786 | $4,317,945.21 |
| JP Morgan Capital | $200,000 | 1/15/27 | 28.871 | $5,774,246.58 |
| **Muni Bonds** | | | | |
| Southern MN Mun Power Zero | $39,560 | 1/1/26 | 27.833 | $1,101,068.60 |
| Lakeville Cabs ISD Go Zero | $161,450 | 2/1/20 | 21.912 | $3,537,745.48 |
| Chisago Lakes SD GO | $250,000 | 2/1/20 | 21.912 | $5,478,082.19 |
| Princeton | $250,000 | 2/1/21 | 22.915 | $5,728,767.12 |
| Bemidji ISD GO | $250,000 | 4/1/19 | 21.074 | $5,268,493.15 |
| St Michael ISD GO | $250,000 | 2/1/21 | 22.915 | $5,728,767.12 |
| Total | $2,316,880 | | | $50,162,165.36 |

| | |
|---|---|
| **Weighted Average Maturity (years)** | 21.65 |
| **Total Portfolio Market Value** | $2,280,321 |
| **Estimated Annual Cash Income** | $82,880 |

LD 002507

**INFORMATION PRESENTED IN THE PIPER JAFFRAY BOND PORTFOLIO REVIEW**
**PERSONAL PORTFOLIO**
**DATE: 12/31/98**

| **Corporate Bond** | **Par Amount** | **Call Date** | **Years to Call Date** | **12/31/98 Weighted Average Years to Call Date** |
|---|---|---|---|---|
| FHLB Zero Bond | $173,624 | 2/17/99 | 0.132 | $22,832.75 |
| FHLB Zero Bond | $249,575 | 3/26/99 | 0.233 | $58,120.21 |
| Lasalle CD zero | $128,906 | 3/4/00 | 1.175 | $151,508.70 |
| Coastal Bancorp | $58,000 | 6/30/00 | 1.499 | $86,920.55 |
| Lehman Bros Zero | $204,294 | 3/25/03 | 4.233 | $864,751.32 |
| Countrywide Cap | $150,000 | 12/15/06 | 7.962 | $1,194,246.58 |
| JP Morgan Capital | $200,000 | 1/15/07 | 8.047 | $1,609,315.07 |
| **Muni Bonds** | | | | |
| Chisago Lakes SD GO | $250,000 | 2/1/06 | 7.093 | $1,773,287.67 |
| Princeton | $250,000 | 2/1/07 | 8.093 | $2,023,287.67 |
| Bemidji ISD GO | $250,000 | 4/1/07 | 8.255 | $2,063,698.63 |
| St Michael ISD GO | $250,000 | 2/1/09 | 10.096 | $2,523,972.60 |
| Lakeville Cabs ISD Go Zero | $168,927 | 2/1/10 | 11.096 | $1,874,395.48 |
| Southern MN Mun Power Zero | $41,429 | 1/1/26 | 27.022 | $1,119,491.03 |
| Total | $2,374,755 | | | $15,365,828.24 |

| | | |
|---|---|---|
| **Weighted Average Year to Call Date (years)** | **6.47** | Does not match the calc per their sheet. |
| **Total Par Value of Portfolio** | **$2,374,755** | |
| **Estimated Annual Accrual Income** | **$149,183** | |

LD 002508

**ACTUAL STATE OF THE PORTFOLIO**
**PERSONAL PORTFOLIO**
**DATE: 12/31/98**

| Corporate Bond | Par Amount | Maturity Date | Years to Maturity Date | 12/31/98 Weighted Average Years to Maturity |
|---|---|---|---|---|
| FHLB Zero Bond | $173,624 | 2/17/99 | 0.132 | $22,832.75 |
| FHLB Zero Bond | $249,575 | 3/26/18 | 19.247 | $4,803,464.04 |
| Lasalle CD zero | $128,906 | 3/4/18 | 19.186 | $2,473,229.36 |
| Coastal Bancorp | $58,000 | 6/30/02 | 3.499 | $202,920.55 |
| Lehman Bros Zero | $204,294 | 3/25/28 | 29.252 | $5,976,019.28 |
| Countrywide Cap | $150,000 | 12/15/26 | 27.975 | $4,196,301.37 |
| JP Morgan Capital | $200,000 | 1/15/27 | 28.060 | $5,612,054.79 |
| **Muni Bonds** | | | | |
| Chisago Lakes SD GO | $250,000 | 2/1/20 | 21.101 | $5,275,342.47 |
| Princeton | $250,000 | 2/1/21 | 22.104 | $5,526,027.40 |
| Bemidji ISD GO | $250,000 | 4/1/19 | 20.263 | $5,065,753.42 |
| St Michael ISD GO | $250,000 | 2/1/21 | 22.104 | $5,526,027.40 |
| Lakeville Cabs ISD Go Zero | $168,927 | 2/1/20 | 21.101 | $3,564,591.11 |
| Southern MN Mun Power Zero | $41,429 | 1/1/26 | 27.022 | $1,119,491.03 |
| Total | $2,374,755 | | | $49,364,054.97 |

| | |
|---|---|
| **Weighted Average Maturity (years)** | **20.79** |
| **Total Portfolio Market Value** | **$2,337,159** |
| **Estimated Annual Cash Income** | **$82,880** |

LD 002509

**INFORMATION PRESENTED IN THE PIPER JAFFRAY BOND PORTFOLIO REVIEW**
**CORACLE PORTFOLIO**
**DATE: 12/31/98**

| Corporate Bond | Par Amount | Call Date | Years to Call Date | 2/23/99 Weighted Average Years to Call Date |
|---|---|---|---|---|
| Lasalle CD zero | $41,000 | 1/25/00 | 0.921 | $37,742.47 |
| Bear Stearns | $50,000 | 1/25/01 | 1.923 | $96,164.38 |
| US Bank CD | $50,000 | 2/5/01 | 1.953 | $97,671.23 |
| Union Camp Corp | $50,000 | 5/15/02 | 3.225 | $161,232.88 |
| Ambac Finl - PFD | $51,130 | 3/31/03 | 4.101 | $209,703.04 |
| Natl Rural Util - PFD | $51,880 | 9/15/03 | 4.562 | $236,658.08 |
| Northwestern Pb Svc - PRD | $51,255 | 11/18/03 | 4.737 | $242,794.23 |
| HECO Cap - PFD | $51,005 | 12/31/03 | 4.855 | $247,618.79 |
| Federal Exp Ser 97 | $50,809 | 1/15/14 | 14.904 | $757,262.90 |
| Total | $447,079 | | | $2,086,848.01 |
| **Weighted Average Year to Call Date (years)** | | | **4.67** | As of 2/23/99 |
| **Total Par Value of Portfolio** | | | **$447,079** | |
| **Estimated Annual Accrual Income** | | | **$32,572** | |

LD 002510

| Year | Cash Needs: State and Federal Tax Liability | Cash Needs: Living Expenses | Cash Inflow* | Surplus/ (Deficit) | Growth in Money Market Funds | Cumulative Surplus/ (Deficit) |
|---|---|---|---|---|---|---|
| | | | | | | 12,220 |
| 1999 | 15,128 | 55,000 | 82,880 | 12,752 | 409 | 25,382 |
| 2000 | 16,329 | 56,650 | 82,880 | 9,901 | 850 | 36,133 |
| 2001 | 17,627 | 58,350 | 82,880 | 6,904 | 1,210 | 44,247 |
| 2002 | 17,806 | 60,100 | 137,980 | 60,074 | 1,482 | 105,803 |
| 2003 | 18,097 | 61,903 | 77,080 | (2,920) | 3,544 | 106,428 |
| 2004 | 19,526 | 63,760 | 77,080 | (6,206) | 3,565 | 103,788 |
| 2005 | 21,085 | 65,673 | 77,080 | (9,678) | 3,477 | 97,586 |
| 2006 | 22,801 | 67,643 | 77,080 | (13,364) | 3,269 | 87,492 |
| 2007 | 25,351 | 69,672 | 77,080 | (17,943) | 2,931 | 72,479 |
| 2008 | 27,389 | 71,763 | 77,080 | (22,071) | 2,428 | 52,836 |
| 2009 | 29,589 | 73,915 | 77,080 | (26,425) | 1,770 | 28,181 |
| 2010 | 32,098 | 76,133 | 77,080 | (31,150) | 944 | (2,025) |
| 2011 | 34,713 | 78,417 | 77,080 | (36,050) | (68) | (38,143) |
| 2012 | 37,545 | 80,769 | 77,080 | (41,234) | (1,278) | (80,654) |
| 2013 | 40,622 | 83,192 | 77,080 | (46,734) | (2,702) | (130,091) |
| 2014 | 43,964 | 85,688 | 77,080 | (52,572) | (4,358) | (187,021) |
| 2015 | 47,592 | 88,259 | 77,080 | (58,771) | (6,265) | (252,057) |
| 2016 | 51,530 | 90,907 | 77,080 | (65,357) | (8,444) | (325,858) |
| 2017 | 55,803 | 93,634 | 77,080 | (72,357) | (10,916) | (409,131) |

## Pro Forma Cash Inflows and Outflows From Original Portfolio After 1998

| | Taxable Accretion | Taxable Coupon Bond Income | Taxable Interest | Normalized Deductions / Exemptions | Federal Taxable Income | Federal Taxes | State Taxable Income | State Taxes | Cash Needs: State and Federal Tax Liability | Cash Needs: Living Expenses | Cash Inflow* | Surplus/ (Deficit) | Growth in Money Market Funds | Cumulative Surplus/ (Deficit) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 12,220 |
| 1999 | 53,467 | 32,880 | 86,347 | 20,000 | 66,347 | 12,981 | 34,690 | 2,147 | 15,128 | 55,000 | 82,880 | 12,752 | 409 | 25,382 |
| 2000 | 58,481 | 32,880 | 91,361 | 20,600 | 70,761 | 14,049 | 36,714 | 2,281 | 16,329 | 56,650 | 82,880 | 9,901 | 850 | 36,133 |
| 2001 | 63,837 | 32,880 | 96,717 | 21,218 | 75,499 | 15,202 | 38,882 | 2,424 | 17,627 | 58,350 | 82,880 | 6,904 | 1,210 | 44,247 |
| 2002 | 68,976 | 29,980 | 98,956 | 21,855 | 77,101 | 15,473 | 37,721 | 2,333 | 17,806 | 60,100 | 137,980 | 60,074 | 1,482 | 105,803 |
| 2003 | 74,511 | 27,080 | 101,591 | 22,510 | 79,081 | 15,844 | 36,728 | 2,253 | 18,097 | 61,903 | 77,080 | (2,920) | 3,544 | 106,428 |
| 2004 | 80,473 | 27,080 | 107,553 | 23,185 | 84,368 | 17,135 | 38,819 | 2,390 | 19,526 | 63,760 | 77,080 | (6,206) | 3,565 | 103,788 |
| 2005 | 86,896 | 27,080 | 113,976 | 23,881 | 90,094 | 18,544 | 41,107 | 2,541 | 21,085 | 65,673 | 77,080 | (9,678) | 3,477 | 97,586 |
| 2006 | 93,852 | 27,080 | 120,932 | 24,597 | 96,335 | 20,091 | 43,650 | 2,710 | 22,801 | 67,643 | 77,080 | (13,364) | 3,269 | 87,492 |
| 2007 | 103,287 | 27,080 | 130,367 | 25,335 | 105,032 | 22,319 | 48,370 | 3,032 | 25,351 | 69,672 | 77,080 | (17,943) | 2,931 | 72,479 |
| 2008 | 111,360 | 27,080 | 138,440 | 26,095 | 112,344 | 24,154 | 51,406 | 3,234 | 27,389 | 71,763 | 77,080 | (22,071) | 2,428 | 52,836 |
| 2009 | 120,005 | 27,080 | 147,085 | 26,878 | 120,206 | 26,137 | 54,669 | 3,453 | 29,589 | 73,915 | 77,080 | (26,425) | 1,770 | 28,181 |
| 2010 | 129,640 | 27,080 | 156,720 | 27,685 | 129,035 | 28,383 | 58,552 | 3,714 | 32,098 | 76,133 | 77,080 | (31,150) | 944 | (2,025) |
| 2011 | 139,701 | 27,080 | 166,781 | 28,515 | 138,266 | 30,735 | 62,462 | 3,978 | 34,713 | 78,417 | 77,080 | (36,050) | (68) | (38,143) |
| 2012 | 150,506 | 27,080 | 177,586 | 29,371 | 148,215 | 33,282 | 66,690 | 4,263 | 37,545 | 80,769 | 77,080 | (41,234) | (1,278) | (80,654) |
| 2013 | 162,145 | 27,080 | 189,225 | 30,252 | 158,973 | 36,047 | 71,294 | 4,574 | 40,622 | 83,192 | 77,080 | (46,734) | (2,702) | (130,091) |
| 2014 | 174,682 | 27,080 | 201,762 | 31,159 | 170,602 | 39,050 | 76,306 | 4,914 | 43,964 | 85,688 | 77,080 | (52,572) | (4,358) | (187,021) |
| 2015 | 188,187 | 27,080 | 215,267 | 32,094 | 183,173 | 42,308 | 81,759 | 5,285 | 47,592 | 88,259 | 77,080 | (58,771) | (6,265) | (252,057) |
| 2016 | 202,735 | 27,080 | 229,815 | 33,057 | 196,758 | 45,842 | 87,690 | 5,688 | 51,530 | 90,907 | 77,080 | (65,357) | (8,444) | (325,858) |
| 2017 | 218,406 | 27,080 | 245,486 | 34,049 | 211,437 | 49,675 | 94,137 | 6,128 | 55,803 | 93,634 | 77,080 | (72,357) | (10,916) | (409,131) |

Assumptions:

1. Living Expenses increase 3.00%
2. Assumes no other sources of income but the portfolio.
3. Without a mortgage, it is assumed that the plaintiffs would be able to take at least the standard deduction and two exemptions Of $12,700. However, a reasonable itemized deduction is $20,000.
4. Tax brackets and standard deduction increase at the same rate as living expenses.
5. After Tax Rate of Return on Money Market 5%*(1-33%) = 3.35%
6. The beginning cumulative surplus is the actual money market balance as of 12/31/98 of 60,572, less the cash tax payment due in 1999 for 1998 taxes of $44,112 (federal taxes) and $4,240 (state tax).

LD 002514




Page 1

LD 002515

Tax Gross Up Analysis

Any damages collected by Pete and Joyce will be subject to taxation as ordinary income. The losses sustained by Pete and Joyce in the sale of their portfolio assets were capital losses. Therefore, any recovery will not be able to be offset by the losses for tax purposes. (Ordinary income cannot be offset by capital losses). The taxpayer's recovery will push them into the marginal 45% tax bracket on the dollars recovered. In order to be made whole, they should recover enough so that they are only paying 28% tax on the recovery, the same rate that they will save in the future taxes by offsetting long-term gains with their long-term losses.

Therefore, assuming that the taxpayers will have taxable gains in the future to offset these capital losses, the plaintiff's recovery should be grossed up by the factor computed below. To indicate how this works, I will present an example.

Example:

| | To Make Whole | Actual Tax Situation |
|---|---|---|
| Gross Recovery Amount | $400,000 | $400,000 |
| Tax Rate on Recovery | 0.28 | 0.45 |
| Tax on Recovery | $112,000 | $180,000 |
| Net Recovery | $288,000 | $220,000 |

Adjustment factor to Adjust Gross Recovery Amount so Net Recovery (after tax) is Equal to the after tax losses.

| | | |
|---|---|---|
| | Tax rate on losses | 0.28 |
| | Tax rate on recovery | 0.45 |
| A. | 1-(tax rate on losses) | 0.72 |
| B. | 1-(tax rate on recovery) | 0.55 |
| | Adjustment factor (A divided by B) | 1.30909 |

| | To Make Whole | Adjustment Factor | Actual Tax Situation |
|---|---|---|---|
| Gross Recovery Amount | $400,000 | 1.30909 | $523,636 |
| Tax Rate on Recovery | 0.28 | | 0.45 |
| Tax on Recovery | $112,000 | | $235,636 |
| Net Recovery | $288,000 | | $288,000 |

Therefore, any recovery should be grossed up by a factor of 1.30909