01-2050 JMR/FLN

## AFFIDAVIT OF PERSONAL SERVICE

RECEIVED BY U.S. MAIL

2004 MAY 26 AM 9:26

CLERK, U.S. DIST COURT MINNEAPOLIS, MN

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN)

John G Petersen, being first duly sworn, deposes and says that on the 24th day of May 2004 he/she personally served:

Notice of Motion and Motion

Brief in Support of Defendants' Rule 59 Motion to Amend Judgment by Offsetting Piper Jaffray Award

Affidavit of Chad A. Snyder, with Exhibit 1

Proposed Order

Notice of Motion and Motion

Brief in Support of Defendants' Motion for Judgment as a Matter of Law on Plaintiffs' Negligence Claims

Affidavit of Chad A. Snyder, with Exhibit 1

Proposed Order

on

James H. Kaster

by handing to and leaving with Nicole Bartz a copy of said documents at Nichols Kaster & Anderson, PLLP, 80 South Eighth Street, 4644 IDS Center, Minneapolis, MN 55402.

JOHN E. IVERSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2008

Subscribed and sworn to before me this 24th day of May 2004.

Notary Public

SCANNED
MAY 26 2004
U.S. DISTRICT COURT MPLS

282478v1

ZELLE, HOFMANN, VOELBEL, MASON & GETTE
A LIMITED LIABILITY PARTNERSHIP

BOSTON
DALLAS
LOS ANGELES
MINNEAPOLIS
SAN FRANCISCO
WASHINGTON, D.C.
BEIJING*
SHANGHAI*
*In association with ZY & Partners

500 WASHINGTON AVENUE SOUTH - SUITE 4000
MINNEAPOLIS, MINNESOTA 55415
612-339-2020 TELEPHONE
612-336-9100 FACSIMILE
www.zelle.com

Chad A. Snyder
csnyder@zelle.com
(612) 336-9135

RECEIVED
BY U.S. MAIL
2004 MAY 26 AM 9:25
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

May 25, 2004

Clerk of Court
United States District Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

***Re:*** ***Denham, et al. v. Wells Fargo, et al.***
***Civil File No. 01-2050 JMR/FLN***
***Our File Number: 1-543-0002***

Dear Clerk:

Enclosed herein for filing with the Court please find the original and two copies of an Affidavit of Service relative to Defendants' Motions filed May 24, 2004 in the above matter.

Sincerely,

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**

Chad A. Snyder

CAS:pgk
Enclosure