**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Joyce C. Denham and Peter V. Lundstrom, Husband and wife, and the Coracle Foundation, a Minnesota non-profit corporation,

Plaintiffs,

v.

Norwest Bank Minnesota, National Association, Norwest Investment Services, Inc., Wells Fargo Bank Minnesota, National Association, Wells Fargo Brokerage Services, L.L.C.,

Defendants.

Civil No: 01-2050 JMR/FLN

**DEFENDANTS' RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW BASED ON JURY'S RATIFICATION FINDING**

TO: Plaintiffs and their counsel of record, James H. Kaster, Nichols, Kaster & Anderson, PLLP, 4644 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402.

**NOTICE OF MOTION AND MOTION**

**PLEASE TAKE NOTICE** that pursuant to Rule 50 of the Federal Rules of Civil Procedure, Defendants Norwest Bank Minnesota, Norwest Investment Services, Inc., now known as Wells Fargo Bank Minnesota, and Wells Fargo Brokerage Services, L.L.C. (collectively "Wells Fargo") move the Court for an order entering judgment as a matter of law in Defendants' favor on the Plaintiffs' negligence claims, based upon the jury's finding that Plaintiffs ratified Defendants' actions.

This motion is based upon all the files, records and proceedings in this action and the memorandum of law and supporting exhibits filed in accordance with the local rules of the District Court.

SCANNED
MAY 28 2004
U.S. DISTRICT COURT MPLS

Dated: May 27, 2004

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**

Lawrence T. Hofmann
Chad A. Snyder
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Telephone (612) 339-2020
Facsimile (612) 336-9100

**ATTORNEYS FOR DEFENDANTS**



282667v1

ZELLE, HOFMANN, VOELBEL, MASON & GETTE
A LIMITED LIABILITY PARTNERSHIP

BOSTON
DALLAS
LOS ANGELES
MINNEAPOLIS
SAN FRANCISCO
WASHINGTON, D.C.
BEIJING*
SHANGHAI*
*In association with ZY & Partners

500 WASHINGTON AVENUE SOUTH - SUITE 4000
MINNEAPOLIS, MINNESOTA 55415
612-339-2020 TELEPHONE
612-336-9100 FACSIMILE
www.zelle.com

Chad A. Snyder
csnyder@zelle.com
(612) 336-9135

May 27, 2004

RECEIVED
04 MAY 27 PM 4:32
CLERK US DIST COURT
MINNEAPOLIS, MN

**VIA MESSENGER**

Clerk of Court
United States District Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

***Re:*** ***Denham, et al. v. Wells Fargo, et al.***
***Civil File No. 01-2050 JMR/FLN***
***Our File Number: 1-543-0002***

to JMR/amw

to JMR/amw

Dear Clerk:

Enclosed herein for filing with the Court please find the original and two copies of the following documents in the above matter:

1. Defendants' Rule 50 Motion for Judgment as a Matter of Law Based on Jury's Ratification Finding;
2. Defendants' Memorandum of Law in Support of Motion for Judgment as a Matter of Law Based on Ratification;
3. Proposed Order; and
4. Affidavit of Personal Service.

Sincerely,

ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP

Chad A. Snyder

CAS:pgk
Enclosures