# AFFIDAVIT OF PERSONAL SERVICE

01-2050 JMR/FLN

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN)

Keith Bagge, being first duly sworn, deposes and says that on the 27th day of May 2004 he personally served:

Defendants' Rule 50 Motion for Judgment as a Matter of Law Based on Jury's Ratification Finding;

Defendants' Memorandum of Law in Support of Motion for Judgment as a Matter of Law Based on Ratification;

Proposed Order

on

James H. Kaster

by handing to and leaving with Heather Larson a copy of said documents at Nichols Kaster & Anderson, PLLP, 80 South Eighth Street, 4644 IDS Center, Minneapolis, MN 55402.

Keith Bagge

Keith Bagge

Subscribed and sworn to before me this 27th day of May 2004.

Heidi M Keller

Notary Public

HEIDI M. KELLER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

SCANNED
MAY 28 2004
U.S. DISTRICT COURT MPLS