UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joyce C. Denham and Peter V. Lundstrom,
husband and wife, and the Coracle Foundation,
a Minnesota non-profit corporation,

Plaintiffs,

v.

**AFFIDAVIT OF ADAM A. GILLETTE**

Norwest Bank Minnesota, National Association,
Norwest Investment Services, Inc.,
Wells Fargo Bank Minnesota, National Association,
and Wells Fargo Brokerage Services, L.L.C.,

Defendants.

Civil Case No. 01-2050 (JMR/FLN)

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Adam A. Gillette, being duly sworn, states as follows:

1. This affidavit is submitted in opposition to Defendants' Motion for Judgment as a Matter of Law on Negligence Claims and to Offset the Jury award; and

2. Attached as Exhibit 1 is a true and correct copy of Trial Exhibit No. 2, the Agency Agreement dated June 24, 1999.

FURTHER YOUR AFFIANT SAYETH NOT.

Dated June 3, 2004

s/Adam A. Gillette