**EXHIBIT LIST**

Exhibit 1: Trial Exhibit No. 2, the Agency Agreement dated June 24, 1999.