**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
**01-2050 (JMR/FLN)**

I hereby certify that on June 3, 2004, I caused the following documents:

Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Judgment as a Matter Law on Negligence Claims and to Offset the Jury Verdict; and

Affidavit of Adam A. Gillette with exhibit.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Lawrence T Hofmann**
lhofmann@zelle.com

**Chad A Snyder**
csnyder@zelle.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Dated: June 3, 2004 NICHOLS KASTER & ANDERSON, PLLP

s/Adam A. Gillette
James H. Kaster #53946
Adam A. Gillette #328532
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 338-1919