**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Joyce C. Denham and Peter V. Lundstrom,
Husband and wife, and the Coracle Foundation,
a Minnesota non-profit corporation,

Plaintiffs,

v. **NOTICE OF SUBSTITUTION OF ATTORNEYS**

Norwest Bank Minnesota, National Association,
Norwest Investment Services, Inc.
Wells Fargo Bank Minnesota, National
Association, Wells Fargo Brokerage Services, L.L.C.,

Defendants. Court File No. 01-2050 JMR/FLN

---

PLEASE TAKE NOTICE that the Jennifer Kitchak is no longer with the law firm of Nichols Kaster & Anderson. Adam A. Gillette has been substituted for Ms. Kitchak, as counsel on behalf of Plaintiff, in the above-entitled action. Henceforth, all pleadings, correspondence and court notices should be directed to James H. Kaster, Esq. and Adam A. Gillette, Esq. c/o Nichols, Kaster & Anderson, PLLP at the following address:

Nichols, Kaster & Anderson PLLP
4644 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
(612)338-1919

Dated: 5/28/2004

NICHOLS, KASTER & ANDERSON

s/Adam A. Gillette
James H. Kaster #53946
Adam A. Gillette #328532
Attorneys for Plaintiff
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

Dated: 5/27/2004

FULBRIGHT & JAWORSKI, LLP

s/Jennifer A. Kitchak
Jennifer A. Kitchak # 317056
2100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-3383
(612) 321-2800