UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Joyce C. Denham and Peter V. Lundstrom, husband and wife, and the Coracle Foundation, a Minnesota non-profit corporation,

Plaintiffs,

v.

**AFFIDAVIT OF ADAM A. GILLETTE**

Norwest Bank Minnesota, National Association, Norwest Investment Services, Inc., Wells Fargo Bank Minnesota, National Association, and Wells Fargo Brokerage Services, L.L.C.,

Defendants.

Civil Case No. 01-2050 (JMR/FLN)

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Adam A. Gillette, being duly sworn, states as follows:

1. This affidavit is submitted in opposition to Defendants' Motion for Judgment as a Matter of Law Based on Jury's Ratification Finding;

2. Attached as Exhibit 1 is a true and correct copy of *Superior FCR Landfill, Inc. v. Wright County, Minnesota,* Minn. Dist. Ct. Order dated March 31, 2002, Court File No. 98-1911 JRT/FLN; and

3. Attached as Exhibit 2 is a true and correct copy of Trial Exhibit No. 2, the Agency Agreement dated June 24, 1999

FURTHER YOUR AFFIANT SAYETH NOT.

Dated June 10, 2004 _s/Adam A. Gillette______