EXHIBIT LIST

Exhibit 1: *Superior FCR Landfill, Inc. v. Wright County, Minnesota,* Minn. Dist. Ct. Order dated March 31, 2002, Court File No. 98-1911 JRT/FLN; and

Exhibit 2: Trial Exhibit No. 2, the Agency Agreement dated June 24, 1999.