**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

CASE NUMBER: 01-2050

I hereby certify that on the June 18, 2004, I caused the following documents

Reply Brief In Support of Defendants' Rule 59 Motion To Amend
Reply Memorandum In Support of Defendants' Motion for Judgment as a Matter of Law Based on Ratification
Reply Memorandum In Support of Defendants' Motion for Judgment as a Matter of Law on Plaintiffs' Negligence Claims

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Adam A Gillette | gillette@nka.com, geving@nka.com |
| James H Kaster | kaster@nka.com |

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**

/s/ Chad A. Snyder
Lawrence T. Hofmann
Chad A. Snyder
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Telephone (612) 339-2020
Facsimile (612) 336-9100

**ATTORNEYS FOR DEFENDANTS**

283696v1