UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2050(JMR)

| | | |
|---|---|---|
| Joyce C. Denham and Peter V. Lundstrom, husband and wife, and the Coracle Foundation, a Minnesota non-profit corporation | ) | |
| v. | ) | ORDER |
| Norwest Bank Minnesota, National Association, Norwest Investment Services, Inc., Wells Fargo Bank Minnesota, National Association, Wells Fargo Brokerage Services, L.L.C., | ) | |

Defendants bring several post-trial motions seeking judgment as a matter of law pursuant to Rule 50 of the Federal Rules of Civil Procedure, or in the alternative, to amend the judgment pursuant to Rule 59. Defendants' motions are hereby denied.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 7, 2004

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge