OAO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Joyce C. Denham, Peter V. Lundstrom, et al.

V.

Norwest Bank Minnesota, National Association, et al.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-2050 JMR

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendants bring several post-trial motions seeking judgment as a matter of law pursuant to Rule 50 of the Federal Rules of Civil Procedure, or in the alternative, to amend the judgment pursuant to Rule 59. Defendants' motions are hereby denied.

July 8, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Jackie Mehl
(By) Jackie Mehl, Deputy Clerk