**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Joyce C. Denham and Peter V. Lundstrom, husband and wife, and the Coracle Foundation, a Minnesota non-profit corporation,

Plaintiffs,

**MOTION**

v.

Norwest Bank Minnesota, National Association, Norwest Investment Services, Inc., Wells Fargo Bank Minnesota, National Association, and Wells Fargo Brokerage Services, L.L.C.,

Defendants.

Civil Case No. 01-2050 (JMR/FLN)

---

TO: Defendants and their counsel of record, Lawrence T. Hofmann, Zelle, Hofmann, Voelbel, Mason & Gette, 33 South Sixth Street, Suite 4400, Minneapolis, Minnesota, 55402.

**MOTION**

Plaintiffs hereby move the Court for Prejudgment and Post-Verdict Interest pursuant to Minn. Stat. § 549.09 and common law. The motion is based on all the files, records, and proceedings in this matter.

DATED: July 16, 2004 NICHOLS KASTER & ANDERSON, PLLP

s/Adam Gillette

James H. Kaster #53946
Adam A. Gillette #0328532
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 338-1919
ATTORNEYS FOR PLAINTIFFS