**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Joyce C. Denham and Peter V. Lundstrom,
husband and wife, and the Coracle Foundation,
a Minnesota non-profit corporation,

Plaintiffs,

**NOTICE OF MOTION**

v.

Norwest Bank Minnesota, National Association,
Norwest Investment Services, Inc.,
Wells Fargo Bank Minnesota, National Association, and
Wells Fargo Brokerage Services, L.L.C.,

Defendants.

Civil Case No. 01-2050 (JMR/FLN)

---

TO: Defendants and their counsel of record, Lawrence T. Hofmann, Zelle, Hofmann, Voelbel, Mason & Gette, 33 South Sixth Street, Suite 4400, Minneapolis, Minnesota, 55402.

**NOTICE OF MOTION**

Please take notice that Plaintiffs request this motion be taken under advisement by the Honorable James M. Rosenbaum, United States District Judge, District of Minnesota.

DATED: July 16, 2004 NICHOLS KASTER & ANDERSON, PLLP

s/Adam Gillette

James H. Kaster #53946
Adam A. Gillette #0328532
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 338-1919
ATTORNEYS FOR PLAINTIFFS