**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
**01-2050 JMR/FLN**

I hereby certify that on July 16, 2004, I caused the following documents:

Plaintiffs' Notice of Motion;

Plaintiffs' Motion for Post-Verdict and Prejudgment Interest;

Plaintiffs' Memorandum of Law in Support of Motion for Post-Verdict and Prejudgment Interest

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Lawrence T. Hofmann**
lhofmann@zelle.com, pkindt@zelle.com, jgiese@zelle.com

**Chad A. Snyder**
csnyder@zelle.com, pkindt@zelle.com

Dated: July 16, 2004 NICHOLS KASTER & ANDERSON, PLLP

James H. Kaster #53946
Adam A. Gillette #0328532
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 338-1919
ATTORNEYS FOR PLAINTIFFS