**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

I hereby certify that on July 23, 2004, I caused the following document:

1. Defendants Norwest Bank Minnesota, National Association, Norwest Investment Services, Inc., Wells Fargo Bank Minnesota, National Association, Wells Fargo Brokerage Services, L.L.C's Response to Plaintiffs' Motion for Prejudgment and Post-Trial Interest

To be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

James H. Kaster #53946
Adam A. Gillette #0328532
Nichols Kaster & Anderson, PLLP
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-338-1919

Dated: July 23, 2004

/s/ Elizabeth A. Maki
Elizabeth A. Maki
Atty No.: 0321023
Attorney for Defendants
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415
(612) 339-2020
(612) 336-9100 Fax