UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2050(JMR)

| | | |
|---|---|---|
| Joyce C. Denham and Peter V. Lundstrom, husband and wife; and the Coracle Foundation, a Minnesota non-profit corporation | ) | |
| v. | ) | ORDER |
| Norwest Bank Minnesota, National Association; Norwest Investment Services, Inc.; Wells Fargo Bank Minnesota, National Association, Wells Fargo Brokerage Services, L.L.C. | ) | |

Plaintiffs move the Court to attach post-verdict and pre-judgment interest to the jury's award of $175,000.00 [Docket No. 60]. Based on the files, records, and proceedings herein,

IT IS ORDERED that:

1. Plaintiffs' motion is granted in part and denied in part. [Docket No. 85].
2. The Court's Judgment of July 8, 2004 [Docket No. 84] shall be amended to reflect post-verdict interest of $1,054.79, making the total award $176,054.79.
3. Plaintiffs' motion for pre-judgment interest is denied.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 4, 2004

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge