O AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Joyce C. Denham and Peter V. Lundstrom, et al.

V.

Norwest Bank Minnesota, et al.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-2050 JMR

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1) Plaintiffs' motion is granted in part and denied in part.
2) The Court's Judgment of July 8, 2004 shall be amended to reflect post-verdict interest of $1,054.79, making the total award $176,054.79.
3) Plaintiffs' motion for pre-judgment interest is denied.

August 4, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Jackie Mehl
(By) Jackie Mehl, Deputy Clerk