U.S. COURT OF APPEALS – EIGHTH CIRCUIT
APPELLANTS' FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No.

| | |
|---|---|
| Joyce C. Denham and Peter V. Lundstrom, husband and wife, and the Coracle Foundation, a Minnesota non-profit corporation,<br><br>Appellees,<br><br>v.<br><br>Norwest Bank Minnesota, National Association, Norwest Investment Services, Inc., Wells Fargo Bank Minnesota, National Association, Wells Fargo Brokerage Services, L.L.C.,<br><br>Appellants, | James H. Kaster<br>Adam A. Gillette<br>Nichols Kaster & Anderson, PLLP<br>4644 IDS Center<br>80 South 8th Street<br>Minneapolis, Minnesota 55402<br>(612) 338-1919<br><br>Lawrence T. Hofmann<br>Chad A. Snyder<br>**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, Minnesota 55415<br>(612) 339-2020 |

LIST ISSUES ON APPEAL (For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). (X) Yes. ( ) No.

Whether the District Court erred in denying Defendants' Rule 59 Motion to Amend Judgment by Offsetting the Piper Jaffray Award;

Whether the District Court erred in denying Defendants' Rule 50 Motion for Judgment as a Matter of Law on Plaintiffs' Negligence claims; and

Whether the District Court erred in denying Defendants' Rule 50 Motion for Judgment as a Matter of Law based on the Jury's ratification finding.

FOR LEAD COUNSEL ONLY
I have discussed settlement possibilities on appeal with my client.
This appeal is amenable to settlement.

Submitted by: /s/ Lawrence T. Hofmann , August 5, 2004
Lawrence T. Hofmann

( X ) I verify that the original of this pleading has been signed and that I will maintain the pleading in accordance with 8th Cir. R. 25A(a).

284695v1