U.S. COURT OF APPEALS - EIGHTH CIRCUIT

Appeal Docket No. ____________

# APPELLEE'S FORM B

Appeal Information Form

CASE NAME (Underline name of Appellee):

IS THIS ALIGNMENT OF PARTIES, NAMES, ADDRESSES, AND TELEPHONE NUMBERS CORRECT ON APPELLANT'S FORM A? ☐ Yes ☐ No If no, list corrections below.

FOR LEAD COUNSEL ONLY

I ☐ have (☐ have not) discussed settlement possibilites on appeal with my client.

This appeal ☐ is (☐ is not) amenable to settlement.

NAME, ADDRESS, AND TELEPHONE NUMBER OF LEAD COUNSEL:

Submitted by: ____________________

Date: ____________________

Copy 1 - Send to Appellant

Copy 2 & 3 - Send to Clerk, Eighth Circuit Court of Appeals

Copy 4 - Retain

☐ **I verify that the original of this pleading has been signed and that I will maintain the pleading in accordance with 8th Cir.R. 25A(a).**