**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

I hereby certify that on August 5, 2004, I caused the following documents:

1. Notice of Appeal;
2. Appeal Information Form;
3. Notice of Appearance;
4. Corporate Disclosure Statement; and
5. Appellee Information Form.

To be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

James H. Kaster #53946
Adam A. Gillette #0328532
Nichols Kaster & Anderson, PLLP
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-338-1919

Dated: August 5, 2004

s/Chad A. Snyder
Chad A. Snyder (#0288275)
Attorney for Defendants
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415
(612) 339-2020
(612) 336-9100 Fax