PLEASE RETURN FOR FILING

# IMMEDIATELY

APPEARANCE

## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**NO.** 01-2050 JMR/FLN

Denham, et al

**vs.**

Norwest Bank MN, et al

**The Clerk will enter my appearances as Counsel for the following party(s): (please specify)**
Norwest Bank, Minnesota, National Association, Norwest Investment Services, Inc., Wells Fargo Bank Minnesota, National Association, Wells Fargo Brokerage Services, L.L.C.

/s/ Lawrence T. Hofmann
**SIGNATURE**

Lawrence T. Hofmann
**ATTORNEY NAME**

Zelle, Hofmann, Voelbel, Mason & Gette, LLP
**FIRM NAME**

612-339-2020
**OFFICE PHONE NUMBER**

500 Washington Avenue South, Suite 4000
**STREET OR P.O. BOX**

612-336-9100
**FACSIMILE NUMBER**

Minneapolis, MN 55415
**CITY, STATE, ZIP**

lhofmann@zelle.com
**E-MAIL ADDRESS**