UNITED STATES COURT OF APPEALS
EIGHTH CIRCUIT

---

Joyce C. Denham and Peter V. Lundstrom, husband and wife, and the Coracle Foundation, a Minnesota non-profit corporation,

Appeal Docket No:

Appellees,

v.

**CORPORATE DISCLOSURE STATEMENT**

Norwest Bank Minnesota, National Association, Norwest Investment Services, Inc., Wells Fargo Bank Minnesota, National Association, Wells Fargo Brokerage Services, L.L.C.,

Appellants.

---

Appellants Norwest Bank Minnesota, National Association, Norwest Investment Services, Inc., Wells Fargo Bank Minnesota, National Association, and Wells Fargo Brokerage Services, L.L.C. make the following disclosures pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure:

1. Wells Fargo & Company is the ultimate parent corporation of Appellants Norwest Bank Minnesota, National Association, Norwest Investment Services, Inc., Wells Fargo Bank Minnesota, National Association, and Wells Fargo Brokerage Services, L.L.C.

2. Wells Fargo & Company is a publicly traded company.

Dated: August 5, 2004

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**

By: /s/ Lawrence T. Hofmann
Lawrence T. Hofmann (#45998)

Chad A. Snyder (#0288275)
500 Washington Avenue South
Minneapolis, MN 55415
Telephone: (612) 339-2020

**ATTORNEYS FOR APPELLANTS**