**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Joyce C. Denham and Peter V. Lundstrom, Husband and wife, and the Coracle Foundation, a Minnesota non-profit corporation,

Civil No: 01-2050 JMR/FLN

Plaintiffs,

v.

**NOTICE OF APPEAL**

Norwest Bank Minnesota, National Association, Norwest Investment Services, Inc., Wells Fargo Bank Minnesota, National Association, Wells Fargo Brokerage Services, L.L.C.,

Defendants.

---

Notice is hereby given that all defendants in the above-named case hereby appeal to the United States Court of Appeals for the Eighth Circuit from the final judgment on defendants' post-trial motions pursuant to Rules 50 and 59 of the Federal Rules of Civil Procedure, entered in this action on the 7th day of July, 2004.

Dated: August 5, 2004

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**

By: /s/ Lawrence T. Hofmann

Lawrence T. Hofmann (#45998)
Chad A. Snyder (#0288275)
500 Washington Avenue South – Suite 4000
Minneapolis, MN 55415
Telephone: 612-339-2020
Facsimile: 612-336-9100

**ATTORNEYS FOR DEFENDANTS**