Thu Aug 12 11:02:48 2004

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 700 432424
Cashier deborah

Check Number: 145763 145904

DO Code Div No
4641 4

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount $ 255.00

ZELLE HOFFMANN, ET AL/ 01CV2050

APPEAL TO THE 8TH CIRCUIT

SCANNED
AUG 12 2004
U.S. DISTRICT COURT MPLS