**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Joyce C. Denham and Peter V. Lundstrom, Husband and wife, and the Coracle Foundation, a Minnesota non-profit corporation,

Plaintiffs,

v.

Norwest Bank Minnesota, National Association, Norwest Investment Services, Inc., Wells Fargo Bank Minnesota, National Association, Wells Fargo Brokerage Services, L.L.C.,

Defendants.

Civil No: 01-2050 JMR/FLN

**SATISFACTION OF JUDGMENT**

---

WHEREAS, on August 4, 2004, an Order was filed awarding the sum of $176,054.79 in favor of Plaintiffs and against Defendants (the "Judgment"); and

WHEREAS, said Judgment has been settled between Plaintiffs and Defendants;

NOW THEREFORE, satisfaction of said Obligation is hereby acknowledged, and the Clerk of the United States District Court for the District of Minnesota is hereby authorized to cancel, discharge and release any judgment evidencing the Obligation in writing upon the face of the docket.

**NICHOLS KASTER & ANDERSON**

By:______________________________

James H. Kaster (#53946)
Adam A. Gillette (#0328532)
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-1919

**ATTORNEYS FOR PLAINTIFFS**

SCANNED
OCT 2 1 2004
U.S. DISTRICT COURT MPLS

ZELLE, HOFMANN, VOELBEL, MASON & GETTE
A LIMITED LIABILITY PARTNERSHIP

BOSTON
DALLAS
LOS ANGELES
MINNEAPOLIS
SAN FRANCISCO
WASHINGTON, D.C.
BEIJING*
SHANGHAI*
*In association with ZY & Partners

500 WASHINGTON AVENUE SOUTH - SUITE 4000
MINNEAPOLIS, MINNESOTA 55415
612-339-2020 TELEPHONE
612-336-9100 FACSIMILE
www.zelle.com

Chad A. Snyder
csnyder@zelle.com
(612) 336-9135

October 20, 2004

Clerk of Court
United States District Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RECEIVED
BY MAIL
OCT 2[illegible] 2004
CLERK US DIST COURT
MINNEAPOLIS MN

***Re:*** ***Denham, et al. v. Wells Fargo, et al.***
***Civil File No. 01-2050 JMR/FLN***
***Our File Number: 1-543-0002***

Dear Clerk:

Enclosed herein for filing with the Court please find a Satisfaction of Judgment in the above matter.

Sincerely,

**ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**

Chad A. Snyder

CAS:pgk
Enclosure

cc: James H. Kaster