# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-2913 01-2050 JMR/FLN

| | | |
|---|---|---|
| Joyce C. Denham; Peter V. Lundstrom, husband and wife; Coracle Foundation, a Minnesota non-profit corporation,<br><br>Appellees,<br><br>v.<br><br>Norwest Bank Minnesota, National Association; Norwest Investment Services, Inc.,; Wells Fargo Bank Minnesota, National Association; Wells Fargo Brokerage Services, L.L.C.,<br><br>Appellants. | * | Appeal from the United States District Court for the District of Minnesota |

**JUDGMENT**

The joint motion for dismissal of this appeal is granted in accordance with the stipulation. The appeal is hereby dismissed.

The Court's mandate shall issue forthwith.

(5359-010199)

October 26, 2004

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
OCT 29 2004
U.S. DISTRICT COURT MPLS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 26, 2004

Mr. James H. Kaster
NICHOLS & KASTER
4644 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402

Re: 04-2913 Joyce C. Denham vs. Norwest Bank MN

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

cmd

Enclosure(s)

cc: Honorable James M. Rosenbaum, U.S. District Judge
Adam A. Gillette
Lawrence T. Hofmann
Chad A. Snyder
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-2050 JMR/FLN